**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| In re: | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No.10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

**DECLARATION OF RELATEDNESS OF CHAPTER 11 CASES**

1. I am the CEO and President and Director of Duke and King Acquisition, Corp., and an executive officer or authorized representative of each of the other debtors. I submit this declaration to comply with paragraph 3 of the Chapter 11 Instructions for the United States Bankruptcy Court for the District of Minnesota.

2. On December 4, 2010, Duke and King Acquisition, Corp. and each of the other debtors listed above each filed petitions under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota.

3. Duke and King Acquisition, Corp. and each of the other debtors are related entities. Duke and King Acquisition, Corp. is the parent company. Each of the other debtors is a subsidiary of Duke and King Acquisition, Corp. or of other subsidiaries of Duke and King

4. The Debtors intend to file an expedited Motion for joint administration of their Chapter 11 cases.

5. I declare under penalty of perjury that the information contained in this declaration is true and correct according to the best of my knowledge, information, and belief.

Dated: December 3, 2010

_____
Rodger Head
CEO, President and Director

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| | Chapter 11 Case |
| Debtor. | |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No. 10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

## CERTIFICATE OF SERVICE

Douglas W. Kassebaum, under penalty of perjury, states that on December 4, 2010, he caused to be served the following:

1. **Notice of Intention to Seek Expedited Hearing;**

2. **Declaration of Relatedness of Chapter 11 Cases;**

3. **Notice of Hearing and Joint Motion for (I) Expedited Relief and (II) Interim and Final Orders (A) Authorizing Debtors' Use of Unencumbered Cash or, in the Alternative, Cash Collateral and (B) Granting Adequate Protection;**

4. Memorandum of Law in Support of Joint Motion for (I) Expedited Relief, and (II) Interim and Final Orders (A) Authorizing Debtors' Use of Unencumbered Cash or, in the Alternative, Cash Collateral and (B) Granting Adequate Protection;

5. Proposed Interim Order;

6. Proposed Final Order;

7. **Notice of Motion and Joint Motion for an Expedited Hearing and for an Order Authorizing Debtors to Pay Prepetition Wages and Employee Benefits and Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;**

8. Memorandum of Law in Support of Joint Motion for an Expedited Hearing and for an Order Authorizing Debtors to Pay Prepetition Wages and Employee Benefits and Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;

9. Proposed Order;

10. **Notice of Hearing and Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Maintenance of Existing Bank Accounts and Business Forms, (III) Authorizing Continued Use of Cash Management System, and (IV) Waiving the Requirements of 11 U.S.C. § 345(B)**;

11. Memorandum in Support of Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Maintenance of Existing Bank Accounts and Business Forms, (III) Authorizing Continued Use of Cash Management System, and (IV) Waiving the Requirements of 11 U.S.C. § 345(B);

12. Proposed Order;

13. **Notice of Motion and Joint Motion for Expedited Hearing and Authorizing Debtors to Pay Prepetition Taxes and Fees and Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;**

14. Memorandum of Law in Support of Joint Motion for Expedited Hearing and Authorizing Debtors to Pay Prepetition Taxes and Fees and Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;

15. Proposed Order

16. **Notice of Hearing and Joint Motion for Expedited Hearing and for an Order Authorizing Debtors to Pay the Prepetition Claims of Certain Critical Vendors;**

17. Memorandum of Law in Support of Joint Motion for Expedited Hearing and for an Order Authorizing Debtors to Pay the Prepetition Claims of Certain Critical Vendors;

18. Proposed Order;

19. **Notice of Hearing and Joint Motion for Expedited Relief and for Order Authorizing Debtors to Honor Certain Prepetition Programs to Customer Programs;**

20. Memorandum in Support of Joint Motion for Expedited Relief and for Order Authorizing Debtors to Honor Certain Prepetition Programs to Customer Programs;

21. Proposed Order;

22. **Notice of Hearing and Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Joint Administration of Cases, and (III) Restricting Service under Local Rule 9013-3(A)(2)**;

23. Memorandum in Support of Notice of Hearing and Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Joint Administration of Cases, and (III) Restricting Service under Local Rule 9013-3(A)(2);

24. Proposed Order; and

25. Certificate of Service

by sending true and correct copies to all parties on the attached Service List as indicated therein.

Dated: December 4, 2010            */s/ Douglas W. Kassebaum*
                                                     Douglas W. Kassebaum

Duke and King Acquisition Corp. and Related Debtors  -  Bky No. 10-38652
FIRST DAY DOCUMENTS SERVICE LIST
Served via overnight mail except those parties whose contact information includes an e-mail address were served via e-mail

| US Trustee and Other Required Parties | | |
|---|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | Attorneys for Burger King Corporation<br>Paul J. Battista<br>Genovese Joblove & Battista, P.A.<br>100 Southeast Second Street, 44th Floor<br>Miami, Florida 33131<br>pbattista@gjb-law.com | Attorneys for Bank of America<br>Stephen M. Mertz<br>Michael R. Stewart<br>Michael F. Doty<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-3901<br>SMertz@faegre.com<br>MStewart@faegre.com<br>MDoty@faegre.com |
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>robert.raschke@usdoj.gov | Swisshelm<br>Attn: Bruce Swisshelm<br>3765 East Turtle Hatch Road<br>Springfield, MO 65809 | |
| IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul MN 55101-4804 | Reinhart Foodservice LLC<br>230 North Front Street<br>La Crosse, WI  54601<br>rerytilahti@rfsdelivers.com | Attorneys for Bank of America<br>Wendy S. Walker<br>Jonathan K. Bernstein<br>Patrick D. Fleming<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>wwalker@morganlewis.com<br>jbernstein@morganlewis.com<br>pfleming@morganlewis.com |
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>St Paul MN 55101 | MBM Corporation<br>Attn: Dana Demers<br>P.O. Box 841170<br>Dallas, TX  75284-1170<br>ddemers@mbmfoodservice.com | |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>PO Box 64447<br>St Paul MN 55101-2228 | Sicom Systems  Inc.<br>4140 Skyron Drive<br>Doylestown, PA  18901<br>mdeily@sicom.com | Duke Manufacturing Co.<br>Attn: Officer or Agent<br>2305 North Broadway<br>Saint Louis, MO  63102<br>Fax No. 314-231-5074 |
| US Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415 | Gilbert Mechanical Cont. inc.<br>4451 West 76th Street<br>Minneapolis, MN  55435<br>mgoelz@gilbertmech.com | GreatAmerica Leasing Corporation<br>Attn: Officer or Agent<br>625 1st Street, SE, Suite 800<br>Cedar Rapids, IA  52401-2031<br>Fax No. 319-365-8607 |
| Minnesota Department of Economic Security<br>332 Minnesota St, Ste E200<br>St. Paul MN 55101-1351 | OI Distribution<br>12900 Southwest 89th Court<br>Miami, FL  33176<br>iliana@originalimpressions.com | Meadowbrook Meat Company<br>Attn: Dana Demers<br>2641 Meadowbrook Road<br>Rocky Mount, NC  27802<br>Fax No. 252-467-4520<br>ddemers@mbmfoodservice.com |
| **Debtors** | Pan-O-Gold Baking Co.<br>444 East St. Germain St.<br>St. Cloud, MN 56304<br>info@panogold.com | |
| Duke and King Acquisition Corp.<br>Attn: Becky Moldenhauer<br>12281 Nicollet Ave S<br>Burnsville, MN  55337<br>bmoldenhauer@dukeandking.com | | Coca-Cola Financial Corporation<br>Attn: Amber Meyer<br>1410 SW Morrison St., #750<br>Portland, OR  97205<br>amber_meyer@leasedimensions.com |
| **Debtors' 10 Largest Unsecured Creditors** | Legacy Enterprises<br>Attn: John Strong<br>1109 S Pickwick Ave<br>Springfield, MO 65804 | |
| Kinderhook<br>521 Fifth Ave 34th Floor<br>New York, NY  10175<br>ttuttle@kinderhook.com | **Major Secured Creditors** | Warren Capital Corporation<br>Attn: Scott Shapiro<br>100 Rowland Way #205<br>Novato, CA  94945<br>Fax No. 415-892-7075 |
| Burger King Corporation<br>Attn: Frank Taylor<br>PO Box 93290<br>Atlanta, GA  31193-2980<br>ftaylor@whopper.com | Bank of America, N.A.<br>as Administrative Agent<br>600 Peachtree Street, NE,<br>GA1-006-13-20<br>Atlanta, GA  30308<br>Fax No. 404-942-4476 | |