UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Duke and King Acquisition Corp.  Bky. No. 10-38652
 Chapter 11
 Debtor.

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

The undersigned hereby notes his appearance on behalf of Bank of America, N.A., and request that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the address, facsimile number and e-mail address set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 6, 2010  */e/ Stephen M. Mertz*
 Stephen M. Mertz (MN Bar No. 212131)
 Faegre & Benson LLP
 2200 Wells Fargo Center
 90 South Seventh Street
 Minneapolis, MN 55402-3901
 Telephone: (612) 766-7000
 Facsimile: (612) 766-1600
 smertz@faegre.com

 ATTORNEYS FOR BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Duke and King Acquisition Corp.           Bky. No. 10-38652
                                                    Chapter 11
       Debtor.

## UNSWORN CERTIFICATE OF SERVICE

       I, Susan Carlson, declare under penalty of perjury that on December 6, 2010, the foregoing Notice of Appearance, Request for Notice and Reservation of Rights was served via electronic mail by automatic e-mail notification to each entity named on the Electronic Mail service list pursuant to the Electronic Case Filing System and this notice constitutes service.

Executed on: December 6, 2010          Signed: */s Susan Carlson*
                                                            Paralegal
                                                            Faegre & Benson LLP
                                                            2200 Wells Fargo Center
                                                            90 South Seventh Street
                                                            Minneapolis, MN 55402-3901