**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| In re: | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No.10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

**NOTICE OF HEARINGS**

TO:   The parties receiving service of the motions set forth below.

NOTICE IS HEREBY GIVEN that the above-listed debtors and debtors in possession (collectively, the "Debtors") filed petitions under the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota on December 4, 2010. On the same date, the Debtors served on you via overnight delivery or electronic mail certain pleadings listed below.

NOTICE IS FURTHER GIVEN that the United States Bankruptcy Court for the District of Minnesota will hold an expedited hearing at **1:30 p.m. on December 7, 2010**, in Courtroom No. 2A of the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, on the following motions:

1. Joint Motion for (I) Expedited Relief and (II) **Interim** and Final Orders (A) Authorizing Debtors' Use of Unencumbered Cash or, in the Alternative, Cash Collateral and (B) Granting Adequate Protection;

2. Joint Motion for an Expedited Hearing and for an Order Authorizing Debtors to Pay Prepetition Wages and Employee Benefits and Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;

3. Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Maintenance of Existing Bank Accounts and Business Forms, (III) Authorizing

      Continued Use of Cash Management System, and (IV) Waiving the Requirements of 11 U.S.C. § 345(B);

4. Joint Motion for Expedited Hearing and Authorizing Debtors to Pay Prepetition Taxes and Fees and Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;

5. Joint Motion for Expedited Hearing and for an Order Authorizing Debtors to Pay the Prepetition Claims of Certain Critical Vendors;

6. Joint Motion for Expedited Relief and for Order Authorizing Debtors to Honor Certain Prepetition Programs to Customer Programs; and

7. Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Joint Administration of Cases, and (III) Restricting Service under Local Rule 9013-3(A)(2).

NOTICE IS FURTHER GIVEN that the United States Bankruptcy Court for the District of Minnesota will hold a hearing at **1:30 p.m. on December 21, 2010**, in Courtroom No. 2A of the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, on:

      Joint Motion for (I) Expedited Relief and (II) Interim and **Final** Orders (A) Authorizing Debtors' Use of Unencumbered Cash or, in the Alternative, Cash Collateral and (B) Granting Adequate Protection.

UNLESS RESPONSES OPPOSING THE MOTIONS ARE TIMELY FILED, THE BANKRUPTCY COURT MAY APPROVE THE MOTIONS WITHOUT A HEARING.

Dated: December 6, 2010

| | |
|---|---|
| FREDRIKSON & BYRON, P.A. | McDONALD HOPKINS LLC |
| /s/ Douglas W. Kassebaum | Shawn M. Riley (OH 0037235) |
| Clinton E. Cutler (#158094) | Scott N. Opincar (OH 0064027) |
| Douglas W. Kassebaum (#386802) | Michael J. Kaczka (OH 0076548) |
| 200 South Sixth Street, Suite 4000 | 600 Superior Avenue, East, Suite 2100 |
| Minneapolis, MN 55402 | Cleveland, OH 44114-2653 |
| Phone (612) 492-7000 | Phone (216) 348-5400 |
| Fax (612) 492-7077 | Fax (216) 348-5474 |
| ccutler@fredlaw.com | sriley@mcdonaldhopkins.com |
| dkassebaum@fredlaw.com | sopincar@mcdonaldhopkins.com |
| | mkaczka@mcdonaldhopkins.com |
| PROPOSED CO-COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | PROPOSED CO-COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| | Chapter 11 Case |
| Debtor. | |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No. 10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

**CERTIFICATE OF SERVICE**

   Douglas W. Kassebaum, under penalty of perjury, states that on December 6, 2010, he caused to be served the following:

Notice of Hearings

by sending true and correct copies to all parties on the attached Service List as indicated therein.

Dated:  December 6, 2010          */s/ Douglas W. Kassebaum*
                                   Douglas W. Kassebaum

1

4844690_1

Duke and King Acquisition Corp. and Related Debtors  -  Bky No. 10-38652
SERVICE LIST
Served via overnight mail except those parties whose contact information includes an e-mail address were served via e-mail

| **US Trustee and Other Required Parties** | **Attorneys for Burger King Corporation**<br>Paul J. Battista<br>Genovese Joblove & Battista, P.A.<br>100 Southeast Second Street, 44th Floor<br>Miami, Florida 33131<br>pbattista@gjb-law.com | **Major Secured Creditors** |
|---|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | | Bank of America, N.A.<br>as Administrative Agent<br>600 Peachtree Street, NE,<br>GA1-006-13-20<br>Atlanta, GA 30308<br>Fax No. 404-942-4476 |
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>michael.fadlovich@usdoj.gov | *Attorneys for Burger King Corporation*<br>Kenneth Corey-Edstrom Esq.<br>Larkin, Hoffman, Daly & Lindgren Ltd.<br>1500 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Bloomington, MN 55431-1194<br>kcoreyedstrom@larkinhoffman.com | *Attorneys for Bank of America*<br>Stephen M. Mertz<br>Michael R. Stewart<br>Michael F. Doty<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-3901<br>SMertz@faegre.com<br>MStewart@faegre.com<br>MDoty@faegre.com |
| IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul MN 55101-4804 | | |
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>St Paul MN 55101 | Swisshelm<br>Attn: Bruce Swisshelm<br>3765 East Turtle Hatch Road<br>Springfield, MO 65809 | |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>PO Box 64447<br>St Paul MN 55101-2228 | Reinhart Foodservice LLC<br>230 North Front Street<br>La Crosse, WI 54601<br>rerytilahti@rfsdelivers.com | *Attorneys for Bank of America*<br>Wendy S. Walker<br>Jonathan K. Bernstein<br>Patrick D. Fleming<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>wwalker@morganlewis.com<br>jbernstein@morganlewis.com<br>pfleming@morganlewis.com |
| US Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415 | MBM Corporation<br>Attn: Dana Demers<br>P.O. Box 841170<br>Dallas, TX 75284-1170<br>ddemers@mbmfoodservice.com | |
| Minnesota Department of Economic Security<br>332 Minnesota St, Ste E200<br>St. Paul MN 55101-1351 | Sicom Systems Inc.<br>4140 Skyron Drive<br>Doylestown, PA 18901<br>mdeily@sicom.com | Duke Manufacturing Co.<br>Attn: Officer or Agent<br>2305 North Broadway<br>Saint Louis, MO 63102<br>Fax No. 314-231-5074 |
| **Debtors** | Gilbert Mechanical Cont. inc.<br>4451 West 76th Street<br>Minneapolis, MN 55435<br>mgoelz@gilbertmech.com | GreatAmerica Leasing Corporation<br>Attn: Officer or Agent<br>625 1st Street, SE, Suite 800<br>Cedar Rapids, IA 52401-2031<br>Fax No. 319-365-8607 |
| Duke and King Acquisition Corp.<br>Attn: Becky Moldenhauer<br>12281 Nicollet Ave S<br>Burnsville, MN 55337<br>bmoldenhauer@dukeandking.com | OI Distribution<br>12900 Southwest 89th Court<br>Miami, FL 33176<br>iliana@originalimpressions.com | Meadowbrook Meat Company<br>Attn: Dana Demers<br>2641 Meadowbrook Road<br>Rocky Mount, NC 27802<br>Fax No. 252-467-4520<br>ddemers@mbmfoodservice.com |
| **Debtors' 10 Largest Unsecured Creditors** | | |
| Kinderhook<br>521 Fifth Ave 34th Floor<br>New York, NY 10175<br>ttuttle@kinderhook.com | Pan-O-Gold Baking Co.<br>444 East St. Germain St.<br>St. Cloud, MN 56304<br>info@panogold.com | Coca-Cola Financial Corporation<br>Attn: Amber Meyer<br>1410 SW Morrison St., #750<br>Portland, OR 97205<br>amber_meyer@leasedimensions.com |
| Burger King Corporation<br>Attn: Frank Taylor<br>PO Box 93290<br>Atlanta, GA 31193-2980<br>ftaylor@whopper.com | Legacy Enterprises<br>Attn: John Strong<br>1109 S Pickwick Ave<br>Springfield, MO 65804 | |

2

4844690_1

Duke and King Acquisition Corp. and Related Debtors  -  Bky No. 10-38652
SERVICE LIST
Served via overnight mail except those parties whose contact information includes an e-mail address were served via e-mail

Warren Capital Corporation
Attn: Scott Shapiro
100 Rowland Way #205
Novato, CA  94945
Fax No. 415-892-7075

3

4844690_1