UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No. 10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

## APPLICATION FOR ADMISSION PRO HAC VICE

**NOTICE TO ATTORNEY APPLICANTS FOR ADMISSION PRO HAC VICE:** THE FILING OF THIS APPLICATION AND ENTRY OF ANY ORDER GRANTING IT **DO NOT** AUTOMATICALLY PROVIDE YOU WITH NOTICES IN THIS CASE OR "FILING USER" ACCESS TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MINNESOTA CM/ECF SYSTEM. IN ORDER TO RECEIVE E-MAIL NOTICES AND/OR TO FILE DOCUMENTS ELECTRONICALLY, ATTORNEYS ADMITTED PRO HAC VICE MUST SUBMIT A COMPLETED ATTORNEY REGISTRATION FORM, SUCCESSFULLY COMPLETE A TEST FILING [DOCUMENT/NOTICE OF APPEARANCE] AND FILE A NOTICE OF APPEARANCE.

### Affidavit of Movant

I, Kenneth Corey-Edstrom, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Paul J. Battista, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of Florida, but not admitted to the bar of this court, who will be counsel for **Burger King Corporation** in the case listed above.[1] I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota

---

[1] The Order granting this Application will serve to admit the proposed admittee to practice in the case noted above and any adversary proceedings to that case in which the admittee appears. If the movant declines to serve as local counsel in any such adversary proceedings, a second Application for Pro Hac Vice involving a different movant will be required.

1

resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

X  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by U.S. District Court Local Rule 83.5(d) (sign and complete information below).

☐  I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under U.S. District Court Local Rule 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by Local Rule 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel)

Signature: /e/ Kenneth Corey-Edstrom            Date: 12/6/10

MN Attorney License #: 148696

**Affidavit of Proposed Admittee**

I, Paul J. Battista, am currently a member in good standing of the U.S. District Court for the Southern District of Florida, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that, while the U.S. Bankruptcy Court for the District of Minnesota is an electronic court, I will receive notice and service by mail unless and until I submit the *CM/ECF New Registration and Change User Information Form* and one test motion, after which I will receive notice by electronic means.

Signature: [signature]                            Date: 12/6/10

Typed Name: Paul J. Battista

Attorney License Number: 884162 issued by the State of FL (initials)
Law Firm Name:  Genovese Joblove & Battista
Law Firm Address:
Bank of America Tower
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Main phone:      (305) 349-2300
Direct line:        (305) 372-2457
E-mail address:      pbattista@gjb-law.com