# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No.10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING AND AUTHORIZING DEBTORS TO PAY PREPETITION TAXES AND FEES AND AUTHORIZING AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH RELIEF**

This case came before the court on the Debtors' joint motion for expedited relief and for an order authorizing Debtors to pay certain prepetition taxes and fees (the "Motion"). Capitalized terms not defined in this Order have the meanings ascribed to them in the Motion. Appearances were noted on the record.

Based on the arguments of counsel, all the files, records and proceedings herein, the court having been advised in the premises, and the court's findings of fact and conclusions of law, if any, having been stated orally and recorded in open court following the close of argument,

IT IS HEREBY ORDERED:

1. The Motion for expedited hearing is granted.

4843175

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/07/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

2. The Debtors are hereby authorized, but not required, to pay certain Taxes that accrued prepetition in an amount no greater than $565,000.

3. The Debtors are hereby authorized, but not required, to pay certain Fees that accrued prepetition in an amount no greater than $10,000.

4. Nothing in the underlying Motion or this Order shall be construed as impairing the Debtors' rights to contest the validity, priority, or amount of any Taxes or Fees due or owing to any Authority, and all of Debtors' rights with respect thereto are hereby reserved.

5. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: December 7, 2010.

*/e/ Gregory F. Kishel*

United States Bankruptcy Judge