UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Duke and King Acquisition Corp. | Case No. 10-38652 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri, LLC | Case No. 10-38653 |
| Debtor. | Chapter 11 Case |
| Duke and King Missouri Holdings, Inc. | Case No. 10-38654 |
| Debtor. | Chapter 11 Case |
| Duke and King Real Estate, LLC | Case No.10-38655 |
| Debtor. | Chapter 11 Case |
| DK Florida Holdings, Inc. | Case No. 10-38656 |
| Debtor. | Chapter 11 Case |

**ORDER GRANTING EXPEDITED RELIEF AND AUTHORIZING DEBTORS
TO HONOR CERTAIN PREPETITION CUSTOMER PROGRAMS**

This case came before the court on the above Debtors' motion for expedited hearing and for an order authorizing the Debtors to honor postpetition certain prepetition obligations to customers under established programs. Appearances are noted on the record. Based on the arguments of counsel and the documents of record herein, and the court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Debtors' request for expedited relief is granted.

2. The Debtors' motion for authorization to honor the Debtors' prepetition customer programs is granted.

3. The Debtors are hereby authorized but are not required to honor postpetition any prepetition obligations incurred in the ordinary course of their businesses, described in the motion as Customer Programs.

4843166

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/07/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

4. This Order is effective immediately upon entry.

Dated: December 7, 2010.

*/e/ Gregory F. Kishel*

United States Bankruptcy Judge