# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Duke and King Acquisition Corp.,<br><br>Debtor. | Case No.: 10-38652 GFK<br><br>Chapter 11 |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9010(b), that Foley & Mansfield, P.L.L.P. and Jeffrey D. Klobucar, 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, telephone number (612) 338-8788, facsimile number (612) 338-8690, e-mail address jklobucar@foleymansfield.com, are the attorneys for Reinhart Foodservice, L.L.C. ("Creditor") in the above-captioned bankruptcy proceeding, and said attorneys do hereby enter their appearance as counsel for the Creditor.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Rule 2002 that the undersigned requests that all notices and papers specified by the Rule and all other notices given or required to be given in this case and all other papers served or required to be served in this case be given to and served upon:

>Jeffrey D. Klobucar
>Foley & Mansfield, P.L.L.P.
>250 Marquette Avenue, Suite 1200
>Minneapolis, MN 55401
>jklobucar@foleymansfield.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents or items of correspondence brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: December 7, 2010

                              **FOLEY & MANSFIELD PLLP**

BY: _____
        Jeffrey D. Klobucar
        Foley & Mansfield, PLLP
        250 Marquette Avenue, Suite 1200
        Minneapolis, MN 55401
        Telephone: (612) 338-8788
        Fax: (612) 338-8690
        ATTORNEYS FOR Reinhart Foodservice, L.L.C.

## Unsworn Affidavit of Service

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Jacquelyn J. LaVaque, declare under penalty of perjury that on December 8, 2010, I mailed copies of the attached Notices of Entry of Appearance and Request for Service for Jeffrey D. Klobucar and Thomas F. Blakemore by first class mail, postage prepaid, to each entity named below at the address stated below for each entity:

Duke and King Acquisition Corp.
12281 Nicollet Ave S
Burnsville, MN 55337

Clinton E. Cutler, Esq.
Fredrikson & Byron, P.A.
200 South Sixth Street, Ste. 4000
Minneapolis, MN 55402

Douglas W. Kassebaum, Esq.
Fredrikson & Byron, P.A.
200 South Sixth Street, Ste. 4000
Minneapolis, MN 55402

Michael Fadlovich
U.S. Trustees Office
1015 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael J. Kaczka Esq.
Scott N. Opincar Esq.
Shawn M. Riley Esq.
MCDONALD HOPKINS LLC
600 Superior Avenue E., Ste. 2100
Cleveland, OH 44114

Stephen M. Mertz Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Kenneth Corey-Edstrom, Esq.
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-119

Executed on: December 8, 2010

Signed: _____
Jacquelyn J. LaVaque
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401