UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Duke and King Acquisition Corp.                    Case No. BKY 10-38652 (GFK)
d/b/a Burger King                                  Chapter 11

          Debtor.

---

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE**, that, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the

Federal Rules of Bankruptcy Procedure, Larry B. Ricke of Ricke & Sweeney, P.A. hereby enters

his appearance in the above-captioned case as counsel for Meadowbrook Meat Company, Inc.

d/b/a MBM Corp.

Pursuant to the Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy

Procedure, the undersigned requests that an entry be made on the Clerk's Matrix in this case, and

that all notices given or required to be given and all papers served or required to be served in this

case by the Debtor, the Court or any other party in interest be given to and served upon:

Larry B. Ricke (#121800)
Ricke & Sweeney, P.A.
325 Cedar Street, Ste. 600
Saint Paul, Minnesota  55101
Telephone: 651-223-8000
Facsimile:  651-223-8003
E-mail address:  rickel@srsg.net

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, all orders and notices of any application, motion, petition, pleadings, request,

complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone facsimile transmission, telegraph, telex, or otherwise filed or made in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Services of Notices and Papers shall not be deemed or construed to be a waiver of the appearing party's right: (1) to have final orders in noncore matters entered only after de novo review by a United States District Court Judge; (2) a trial by jury in any proceedings so triable in these cases or any case, controversy, or proceedings related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal; or (4) any rights, claims, actions, setoffs, or recoupments to which the appearing party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

RICKE & SWEENEY, P.A.

Dated: December 8, 2010                    /e/ Larry B. Ricke
                                           Larry B. Ricke, #121800
                                           Degree of Honor Building, Suite 600
                                           325 Cedar Street
                                           Saint Paul, MN 55101
                                           Telephone: 651-223-8000
                                           Fax: 651-223-8003
                                           Attorneys for Meadowbrook Meat company d/b/a
                                           MBM Corp.

In re:

Duke and King Acquisition Corp.                    Case No. BKY 10-38652 (GFK)
d/b/a Burger King                                  Chapter 11

       Debtor.

---

## CERTIFICATE OF SERVICE

---

       The undersigned states under penalty of perjury he caused to be electronically filed the Notice of Appearance of Larry B. Ricke in this case, thereby causing electronic service by CM/ECF.

       I further certify that I have caused to be mailed the foregoing document by First-Class Mail, postage prepaid to the following at their addresses:

Paul J. Battista                                   Thomas Blakemore
Genovese Joblove & Battista                        Winston & Strawn LLP
100 SE 2nd Street, 44th Floor                      35 W. Wacker Drive
Bank of America Tower                              Chicago, IL 60601-9703
Miami, FL 33131

Scott N. Opincar                                   Shawn M. Riley
McDonald Hopkins LLC                               McDonald Hopkins LLC
600 Superior Avenue E., Suite 2100                 600 Superior Avenue E., Suite 2100
Cleveland, OH 44114                                Cleveland, OH 44114

Michael J. Kaczka
McDonald Hopkins LLC
600 Superior Avenue E., Suite 2100
Cleveland, OH 44114


Dated:  December 8, 2010                            _____/e/ Larry B. Ricke_____