UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*********************************************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

*********************************************************************************************

## ORDER AUTHORIZING JOINT ADMINISTRATION

*********************************************************************************************

At St. Paul, Minnesota
December 8, 2010.

These Chapter 11 cases came on for hearing before the Court on December 7, 2010 on the above Debtors' motions for joint administration. The Debtors presented the motion through Michael J. Kaczka, one of their attorneys. Other appearances were noted on the record. Based on the statements of counsel, moving documents and the record made at the hearing, as well as the findings of fact and conclusions of law memorialized on the record at the hearing,

IT IS HEREBY ORDERED:

1. The Debtors' motion for expedited hearing is granted.

2. These cases shall be jointly administered in the following respects:

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on *12/08/2010*
> Lori Vosejpka, Clerk, By JRB, Deputy Clerk

a. All further documents shall be captioned in a fashion identical to the caption of this order.

b. Except as provided in paragraphs 2.c., 2.d., and 2.e. below, all further documents in these cases shall bear the caption noted on this order and shall be filed **only** in the case of Duke and King Acquisition Corp., BKY 10-38652.

c. Each Debtor shall complete the filing of its statements, schedules, and lists, by filing those documents in the respective case file opened for that Debtor.

d. Each Debtor shall file separate Monthly Operating Reports as required by the United States Trustee. Each Debtor shall remain liable for its own United States Trustee fees as required under 28 U.S.C. § 1930(a)(6).

e. The creditors of each Debtor shall file separate claims in each case in which those creditors assert a claim; the clerk of this Court shall maintain separate claims registers in each case.

f. One mailing matrix shall be maintained for all cases, which the Debtors' counsel shall submit, and which shall be maintained in the electronic record for Duke and King Acquisition Corp., BKY 10-38652.

g. All future meetings of creditors shall be scheduled and conducted jointly.

h. At the United States Trustee's election in his discretion, one creditors' committee may be appointed for all cases, with members drawn from the appropriate constituency in all cases, or separate

committees may be appointed for all cases.

3. Nothing in this order shall effect a substantive consolidation of the Debtors' bankruptcy estates in any way. Substantive consolidation will not occur without further order of the Court.

4. This order is effective upon entry, and the clerk of this Court shall transmit a copy of this order to all creditors and parties in interest of record in all cases.

Dated: December 8, 2010.

          BY THE COURT:

          */e/ Gregory F. Kishel*

          _____
          GREGORY F. KISHEL
          UNITED STATES BANKRUPTCY JUDGE