UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

***

### ORDER RE: FINAL HEARING ON MOTION OF DEBTORS FOR AUTHORITY TO USE CASH COLLATERAL

***

At St. Paul, Minnesota
December 9, 2010.

On the proceedings conducted on December 7, 2010, the Court entered an order authorizing the Debtors to use the cash collateral of Bank of America, N.A. ("BofA") and Meadowbrook Meat Company, Inc. ("MBM"). The Debtors had previously scheduled a final hearing on their motion for December 21, 2010, at 1:30 p.m. At the preliminary hearing, the Court concluded that the development of evidence by both the Debtors and BofA (and, if appropriate, MBM) was necessary to reach the issues posed by the motion and the objection by BofA. Toward that,

IT IS HEREBY ORDERED:

1. The hearing set for *1:30 p.m. on December 21, 2010*, will be convened and conducted as an evidentiary hearing. If necessary, it will recommence on the morning of

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/09/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

December 22, 2010. All parties shall be prepared to complete their evidentiary presentations within the one full courtroom day allotted to the hearing.

2. No later than *December 15, 2010*, the Debtors, BofA, and MBM shall file written designations of the witnesses they intend to call at the hearing, together with *detailed* recitations of the subject matter as to which they will testify.

3. No later than *December 17, 2010*, counsel for the Debtors, BofA, and MBM shall file all remaining briefing going to the issues raised by the Debtors in their motion and the Bank in its response.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____

GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE