UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER CASE NO. 10-38652 |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUPPLEMENTAL DISCLOSURE AND VERIFIED STATEMENT OF
SHAWN M. RILEY WITH RESPECT TO DEBTORS' EMPLOYMENT OF
McDONALD HOPKINS LLC AS COUNSEL FOR THE DEBTORS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHAWN M. RILEY states as follows:

1. I am a member of the law firm of McDonald Hopkins LLC ("McDonald Hopkins"), the offices of which are located at 600 Superior Avenue, East, Suite 2100, Cleveland, Ohio 44114-2653. I am a member in good standing of the Bar of Ohio and am admitted to practice before the United States District Court for the Northern District of Ohio. On December 6, 2010, the Court approved my admission *pro hac vice* to practice before this Court in these chapter 11 cases. I make this Statement to supplement that certain Unsworn Declaration and Statement of Compensation of Shawn M. Riley in Support of Debtors' Application for Authority to Retain and Employ McDonald Hopkins LLC as Counsel for the Debtors, dated December 7, 2010, Docket No. 25 (the "Riley

Declaration"), in accordance with section 327 of title 11 of the United States Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2. Paragraph 4(f) of the Riley Declaration is supplemented to include the following information:

(a) McDonald Hopkins' representation of Burger King Corporation ("Burger King") is limited to intellectual property matters. Fees paid by Burger King in fiscal year 2010 constitute less than 0.1% of McDonald Hopkins' gross annual revenue for fiscal year 2010. An ethical wall was established on October 12, 2010, isolating the attorneys and paralegals working on intellectual property matters for Burger King from the attorneys and paralegals at McDonald Hopkins working on bankruptcy and restructuring matters for Burger King.

(b) McDonald Hopkins' representation of SS&G Financial Services ("SS&G") was limited to an acquisition of an accounting firm by SS&G. McDonald Hopkins is not currently representing SS&G. Fees paid by SS&G in fiscal year 2010 constitute less than 0.1% of McDonald Hopkins' gross annual revenue for fiscal year 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of December, 2010.

*/s/ Shawn M. Riley*
Shawn M. Riley

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

*****************************************************************************

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER CASE NO. 10-38652 |
| DUKE AND KING ACQUISITION, CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

*****************************************************************************

## CERTIFICATE OF SERVICE

*****************************************************************************

Douglas W. Kassebaum, under penalty of perjury, states that on December 14, 2010, he caused to be served the following:

Supplemental Disclosure and Verified Statement of Shawn M. Riley with Respect to Debtors' Employment of McDonald Hopkins, LLC as Counsel for the Debtors

by sending true and correct copies via ECF to all parties listed below.


Dated: December 14, 2010         */s/ Douglas W. Kassebaum*
                                 Douglas W. Kassebaum

Duke and King Acquisition Corp. and Related Debtors
Bky No. 10-38652
SERVICE LIST

| *US Trustee and Other Required Parties* | *Attorneys for Bank of America* |
|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | Stephen M. Mertz<br>Michael R. Stewart<br>Michael F. Doty<br>Christopher J. Harayda<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-3901<br>SMertz@faegre.com<br>MStewart@faegre.com<br>MDoty@faegre.com<br>CHarayda@faegre.com |
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>michael.fadlovich@usdoj.gov | |
| *Attorneys for Duke and King Acquisition Corp.*<br>Michael J. Kaczka<br>Scott N. Opincar<br>Shawn M. Riley<br>McDonald Hopkins LLC<br>mkaczka@mcdonaldhopkins.com<br>sopincar@mcdonaldhopkins.com<br>sriley@mcdonaldhopkins.com | *Attorneys for Bank of America*<br>Wendy S. Walker<br>Jonathan K. Bernstein<br>Patrick D. Fleming<br>Annie C. Wells<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>wwalker@morganlewis.com<br>jbernstein@morganlewis.com<br>pfleming@morganlewis.com<br>awells@morganlewis.com |
| *Attorneys for Burger King Corporation*<br>Paul J. Battista<br>Genovese Joblove & Battista, P.A.<br>100 Southeast Second Street, 44th Floor<br>Miami, Florida 33131<br>pbattista@gjb-law.com | *Reinhart Foodservice, LLC*<br>c/o Jeffrey D. Klobucar<br>Foley & Mansfield PLLP<br>250 Marquette Avenue, #1200<br>Minneapolis, MN 55401<br>jklobucar@foleymansfield.com |
| *Attorneys for Burger King Corporation*<br>Kenneth Corey-Edstrom Esq.<br>Larkin, Hoffman, Daly & Lindgren Ltd.<br>1500 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Bloomington, MN 55431-1194<br>kcoreyedstrom@larkinhoffman.com | *Meadowbrook Meat Company d/b/a MBM Corp.*<br>c/o Larry B. Ricke<br>Ricke & Sweeney, PA<br>325 Cedar Street<br>St. Paul, MN 55101<br>rickel@srsg.net |
| *Pan-O-Gold Baking Co.*<br>c/o John L. Greer<br>Hughes Mathews, PA<br>110 Sixth Avenue South, #200<br>P.O. Box 548<br>St. Cloud, MN 56302-0548<br>jgreer@hughesmathews.com | *Missouri Department of Revenue*<br>c/o Steven A. Ginther<br>Missouri Dept. of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>mn@dor.mo.gov |