UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

******************************************************************************************

In re:

DUKE AND KING ACQUISITION CORP.,

Debtors.

(includes:
Duke and King Missouri, LLC;
Duke and King Missouri Holdings, Inc.;
Duke and King Real Estate, LLC;
DK Florida Holdings, Inc.)

JOINTLY ADMINISTERED UNDER
CASE NO. 10-38652

Court File No. 10-38652

Court File Nos:

10-38653 (GFK)
10-38654 (GFK)
10-38655 (GFK)
10-38656 (GFK)

Chapter 11 Cases
Judge Gregory F. Kishel

******************************************************************************************

**ORDER GRANTING MOTION FOR EXPEDITED RELIEF
AND APPROVING REJECTION OF CERTAIN LEASES**

******************************************************************************************

These cases are before the court on the Debtors' Motion for Order Granting Relief and Approving Rejection of Certain Unexpired Leases. Based on the motion and all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. The Debtors' Motion for expedited hearing is granted.

2. The Debtors' Motion for approval of rejection of unexpired leases set forth in <u>Exhibit A</u> to the Motion is hereby approved (the "Rejected Leases").

3. The Rejected Leases are deemed rejected as of December 8, 2010.

Dated: December 21, 2010.

*/e/ Gregory F. Kishel*
_____
Gregory F. Kishel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/21/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk