UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*************************************************************************

In re:

DUKE AND KING ACQUISITION CORP.,

Debtors.

(includes:
Duke and King Missouri, LLC;
Duke and King Missouri Holdings, Inc.;
Duke and King Real Estate, LLC;
DK Florida Holdings, Inc.)

**JOINTLY ADMINISTERED UNDER CASE NO. 10-38652**

Court File No. 10-38652

Court File Nos:

10-38653 (GFK)
10-38654 (GFK)
10-38655 (GFK)
10-38656 (GFK)

Chapter 11 Cases
Judge Gregory F. Kishel

*************************************************************************

**ORDER APPROVING EMPLOYMENT OF
CHAPTER 11 ATTORNEYS FOR DEBTORS
(McDonald Hopkins LLC)**

*************************************************************************

Upon the Application by the Debtors to employ the law firm of McDonald Hopkins LLC in these chapter 11 cases, it appears that it is necessary for the Debtors to employ chapter 11 counsel, it appears that the attorneys selected by the Debtors do not hold or represent an interest adverse to the estates and that they are disinterested within the meaning of 11 U.S.C. § 327(a).

IT IS HEREBY ORDERED:

1. The employment by the Debtors of McDonald Hopkins LLC to represent the Debtors in carrying out their duties under title 11 of the United States Bankruptcy Court is approved.

2. Fee applications by McDonald Hopkins LLC may be heard on 90-day intervals from commencement of the Debtors' chapter cases.

3. The Debtors are jointly authorized to pay monthly invoices of McDonald Hopkins LLC under the procedures in Instruction No. 9(c) of the Instructions for Filing a Chapter 11 Case.

Dated: 12/28/2010

*/e/ Gregory F. Kishel*

Gregory F. Kishel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/28/2010*
Lori Vosejpka, Clerk, By lje, Deputy Clerk