UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

Duke and King Acquisition Corp.,

    Debtor.

CHAPTER 11
Bky. Case No. 10-38652 - GFK
(Jointly Administered)

---

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Felhaber, Larson, Fenlon & Vogt, P.A. ("FLFV") appears on behalf of Sunflower Square Shopping Center, LLC ("Sunflower Square") in the above-captioned proceedings and requests notice of all hearings and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and Bankruptcy Code § 342. All notices given or required to be given in this case shall be given to and served upon FLFV at the following address:

Richard C. Salmen
**Felhaber, Larson, Fenlon & Vogt, P.A.**
220 South Sixth Street
Suite 2200
Minneapolis, Minnesota 55402
Tel: (612) 373-8413
Fax: (612) 338-4608
Email: rsalmen@felhaber.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy cases and any proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that Sunflower Square intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) Sunflower Square's right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) Sunflower Square's right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) Sunflower Square's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Sunflower Square is or

115262.1

may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Sunflower Square.

Dated: January 4, 2011

    Respectfully submitted,

    /e/ Richard C. Salmen
Richard C. Salmen (#95308)
**Felhaber, Larson, Fenlon & Vogt, P.A.**
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-8413

ATTORNEYS FOR SUNFLOWER SQUARE
SHOPPING CENTER, LLC

## CERTIFICATE OF SERVICE

I, Geraldine L. Sanchez, declare under penalty of perjury that on January 4, 2011, I caused the following documents:

Notice of Appearance, Request for All Notices and Demand for Service of Papers

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Office of the United States Trustee
300 S. Fourth Street, Room 1015
Minneapolis, MN 55415
Ustpregion12.mn.ecf@usdoj.gov

Clinton E. Cutler
Douglas W. Kassebaum
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
ccutler@fredlaw.com
dkassebaum@fredlaw.com

Shawn M. Riley
Scott N. Opincar
Michael J. Kaczka
McDonald Hopkins, LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114-2653
sriley@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com

Executed on: January 4, 2011                    /s/ Geraldine L. Sanchez
                                                Geraldine L. Sanchez
                                                Employed by Felhaber, Larson, Fenlon & Vogt, P.A.
                                                220 South Sixth Street
                                                Suite 2200
                                                Minneapolis, MN 55402