UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

**WITHDRAWAL OF MOTION TO CONVERT DEBTORS'
CHAPTER 11 CASES TO CASES UNDER CHAPTER 7**

**PLEASE TAKE NOTICE THAT** Bank of America, National Association hereby withdraws, without prejudice, its Motion To Convert Debtors' Chapter 11 Cases To Cases Under Chapter 7 (D.I. 73).

FAEGRE & BENSON LLP

Dated January 7, 2011  /e/ Michael F. Doty
Stephen M. Mertz (#212131)
Michael F. Doty (#0388303)
Christopher J. Harayda (#0390333)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

-and-

MORGAN LEWIS & BOCKIUS, LLP
Jonathan K. Bernstein
225 Franklin Street, 16th Floor
Boston, MA 02110-4104
Phone: (617) 341-7760
Fax: (617) 341-7701

*Attorneys for Bank of America, N.A.*