UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER CASE NO. 10-38652 |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

***

**ORDER EXTENDING TIME TO ASSUME OR REJECT
CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES**

***

This case came before the court on the Debtors' Motion for Order Extending Time to Assume or Reject Certain Non-Residential Real Property Leases (the "Motion"). Based upon the Motion, all the files, records and proceedings herein, the Court being advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. Cause exists under 11 U.S.C. § 365(d)(4)(B)(i) to extend the deadline to assume or reject the Debtors' unexpired non-residential real property leases to July 2, 2011.

3. The deadline in 11 U.S.C. § 365(d)(4)(B)(i) is extended to July 2, 2011.

4. The Debtors may seek further extensions of such time period as provided in the Bankruptcy Code.

Dated: March 14, 2011.

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/14/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk