UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER CASE NO. 10-38652 |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE CONCERNING UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND ESTABLISHING CURE COSTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To:   The Counterparties to the Debtors' Executory Contracts and Non-Residential Real Property Leases:

**NOTICE IS HEREBY GIVEN** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed a motion, dated April 11, 2011 (the "Sale Motion"), for an order (i) authorizing the sale of substantially all of their assets free and clear of liens, claims, interests and encumbrances through an auction process and (ii) approving the assumption and assignment or rejection of certain executory contracts and establishing cure costs.  A hearing to consider approval of the proposed sale (the "Sale Approval Hearing") will be held on May 10, 2011 at 9:30 a.m. (Central Time), in the United States Bankruptcy Court for the District of Minnesota, Courtroom No. 2A, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55415.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Motion, Debtors may assume and assign to the successful bidder or bidders (each, a "Successful Bidder"), subject to a closing of the sale or sales of the Debtors' assets, the certain of the executory contracts and unexpired non-residential real property leases (the "Contracts and Leases") pursuant to sections 363 and 365 of the Bankruptcy Code as set forth hereto on Exhibit 1.

The Contracts and Leases set forth on Exhibit 1 hereto are subject to assumption and assignment pursuant to the Sale Motion.  The Contracts and Leases may be those presently designated by one or more of the stalking horse bidders identified in the Sale Motion (each, a "Stalking Horse Bidder").  If the Successful Bidder is a party other than the Stalking Horse Bidder, and the Successful Bidder does not intend to assume the Contracts and Leases or seeks to assume Contracts and Leases in addition to those identified herein, supplemental notice will be provided accordingly.

**PLEASE TAKE FURTHER NOTICE** that the list on Exhibit 1 sets forth the Debtors' proposed cure amounts that the Debtors believe must be paid to cure any such defaults under the particular listed Contract and Lease to which you are a counter-party (in each instance, the "Cure Cost").

**PLEASE TAKE FURTHER NOTICE** that the Debtors propose that a Successful Bidder's responsibility to perform any obligations pay the amounts arising under the Contracts and Leases after the closing of the sale constitutes adequate assurance of future performance of the assigned Contracts and Leases in accordance with section 365(f)(2)(B) of the Bankruptcy Code.

{2676069:}

     **PLEASE TAKE FURTHER NOTICE** that any party seeking (i) to object to the Cure Cost, as provided on Exhibit 1 herein, in order for such Contract or Lease to be assumed and/or assigned to a Successful Bidder, or (ii) object to the assumption and assignment of any Contract and Lease on any other basis, must file a written objection ("Assumption/Assignment Objection") setting forth the cure amount the objector asserts to be due and the support therefor, and the basis for the Assumption/Assignment Objection. **Assumption/Assignment Objections must be received by parties indicated in Local Rule 9013-3(b) no later than May 5, 2011 (Central Time) (the "Deadline")**, the time set for objections to the Sale Motion.

     **PLEASE TAKE FURTHER NOTICE** that unless an Assumption/Assignment Objection is filed and served before the Deadline, all parties shall (i) be deemed to have consented to the assumption and assignment of the Contracts and Leases, (ii) be forever barred from asserting any cure or other amounts with respect to the Contracts and Leases, and (iii) be forever barred and estopped from asserting or claiming against the Debtors or Successful Bidder that any additional amounts are due beyond the amounts set forth on Exhibit 1 hereto, that any conditions to assumption and assignment remain to be satisfied under such Contracts and Leases or that there is any objection or defense to the assumption and assignment of such Contracts and Leases.

     **PLEASE TAKE FURTHER NOTICE** that a properly filed Assumption/Assignment Objection shall reserve the objector's rights with respect to the assumption and assignment of a particular Contract and Leases but shall not constitute an objection to the relief requested in the Sale Motion. Parties otherwise wishing to object to the relief requested in the Sale Motion must do so in a separate objection filed and served as directed in the Sale Motion.

     **PLEASE TAKE FURTHER NOTICE** that the Debtors' assumption and assignment of the Contracts and Leases to the Successful Bidder is subject to Court approval and consummation of the closing of the sales of the Debtors' assets. Further, those Contracts and Leases to be assumed and assigned are subject to change. Accordingly, the Debtors shall be deemed to have assumed and assigned each of the Contracts and Leases as of the date of and effective only on the closing of any sales of the assets and such Successful Bidder's decision to take assignment of the Contracts and Leases under the terms of its asset purchase agreement. Absent such closing, each of the Contracts and Leases shall in all respects be subject to further administration under the Bankruptcy Code. The inclusion of any document on the list of Contracts and Leases shall not constitute or be deemed to be a determination or admission by the Debtors or the Successful Bidder that such document is, in fact, an executory contract within the meaning of the Bankruptcy Code (all rights with respect thereto being expressly reserved) or that such Contract and Lease will indeed be assumed and assigned at the closing.

     **PLEASE TAKE FURTHER NOTICE** that any inquiries regarding information contained in this Notice should be directed to counsel for the Debtors at the address listed below.

Dated: April 18, 2011

| | |
|---|---|
| FREDRIKSON & BYRON, P.A.<br><br>_____<br>Clinton E. Cutler (#158094)<br>Douglas W. Kassebaum (#386802)<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>Phone (612) 492-7000<br>Fax (612) 492-7077<br>ccutler@fredlaw.com<br>dkassebaum@fredlaw.com<br><br>-and- | McDONALD HOPKINS LLC<br><br>Shawn M. Riley (OH 0037235)<br>Scott N. Opincar (OH 0064027)<br>Michael J. Kaczka (OH 0076548)<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, OH 44114-2653<br>Phone (216) 348-5400<br>Fax (216) 348-5474<br>sriley@mcdonaldhopkins.com<br>sopincar@mcdonaldhopkins.com<br>mkaczka@mcdonaldhopkins.com<br><br>CO-COUNSEL FOR DEBTORS<br>AND DEBTORS IN POSSESSION |

**EXHIBIT 1**

**Duke & King Acquisition / Duke & King Missouri LLC**
**Notice Of Unexpired Leases and Executory Contracts And Cure Costs**

| # | Type of Contract/Lease | Counter Party | Store # | Region | Debtor | Proposed Cure Amount |
|---|---|---|---|---|---|---|
| 1 | Limited License Agreement Store #04201 | Burger King Corporation | 04201 | IA | Duke & King Acquisition | 55,816.81 |
| 2 | Limited License Agreement Store #06211 | Burger King Corporation | 06211 | IA | Duke & King Acquisition | 64,062.66 |
| 3 | Limited License Agreement Store #04043 | Burger King Corporation | 04043 | IA | Duke & King Acquisition | 57,550.91 |
| 4 | Limited License Agreement Store #04297 | Burger King Corporation | 04297 | IA | Duke & King Acquisition | 69,025.55 |
| 5 | Non-Residential Real Property Lease | Christopher Keith Guthrie Trust | 04043 | IA | Duke & King Acquisition | 6,232.46 |
| 6 | Non-Residential Real Property Lease | Gabe Fazzini and Karen Fazzini | 04201 | IA | Duke & King Acquisition | 6,974.75 |
| 7 | Non-Residential Real Property Lease | Mihailo Chukalovich | 04297 | IA | Duke & King Acquisition | 8,341.67 |
| 8 | Non-Residential Real Property Lease | Vanowen Sreet, LLC | 06211 | IA | Duke & King Acquisition | 7,422.93 |
| 9 | Non-Residential Real Property Lease | 504 West Blackhawk Realty LLC | 11877 | IL | Duke & King Acquisition | 9,103.59 |
| 10 | Non-Residential Real Property Lease | Amcore Investment Group, Trustee of Trust | 01326 | IL | Duke & King Acquisition | 2,520.83 |
| 11 | Non-Residential Real Property Lease | Burger King Corporation | 16573 | IL | Duke & King Acquisition | 12,571.00 |
| 12 | Non-Residential Real Property Lease | Burger King Corporation | 00111 | IL | Duke & King Acquisition | 7,364.08 |
| 13 | Limited License Agreement Store #10234 | Burger King Corporation | 10234 | IL | Duke & King Acquisition | 46,743.92 |
| 14 | Burger King Franchise Agreement #16573 | Burger King Corporation | 16573 | IL | Duke & King Acquisition | 65,362.11 |
| 15 | Limited License Agreement Store #00437 | Burger King Corporation | 00437 | IL | Duke & King Acquisition | 51,228.03 |
| 16 | Limited License Agreement Store #00111 | Burger King Corporation | 00111 | IL | Duke & King Acquisition | 59,480.73 |
| 17 | Limited License Agreement Store #00255 | Burger King Corporation | 00255 | IL | Duke & King Acquisition | 55,068.74 |
| 18 | Limited License Agreement Store #01747 | Burger King Corporation | 01747 | IL | Duke & King Acquisition | 56,891.09 |
| 19 | Limited License Agreement Store #05879 | Burger King Corporation | 05879 | IL | Duke & King Acquisition | 55,839.03 |
| 20 | Burger King Franchise Agreement #11877 | Burger King Corporation | 11877 | IL | Duke & King Acquisition | 57,099.57 |
| 21 | Limited License Agreement Store #02160 | Burger King Corporation | 02160 | IL | Duke & King Acquisition | 65,646.95 |
| 22 | Limited License Agreement Store #01326 | Burger King Corporation | 01326 | IL | Duke & King Acquisition | 59,047.50 |
| 23 | Limited License Agreement Store #01752 | Burger King Corporation | 01752 | IL | Duke & King Acquisition | 71,879.27 |
| 24 | Burger King Franchise Agreement #01060 | Burger King Corporation | 01060 | IL | Duke & King Acquisition | 66,797.85 |
| 25 | Non-Residential Real Property Lease | Cordoza Family Trust | 05879 | IL | Duke & King Acquisition | 5,392.13 |
| 26 | Non-Residential Real Property Lease | Glidden Trust No. 030-801-00-5 | 00255 | IL | Duke & King Acquisition | 3,596.99 |
| 27 | Non-Residential Real Property Lease | Gerald E. Anderson | 02160 | IL | Duke & King Acquisition | 4,250.00 |
| 28 | Non-Residential Real Property Lease | Grub Stake Properties II a/k/a Grubbstake | 10234 | IL | Duke & King Acquisition | 4,635.19 |
| 29 | Non-Residential Real Property Lease | William H. Hess Irrevocable Trust | 01747 | IL | Duke & King Acquisition | 3,000.00 |
| 30 | Non-Residential Real Property Lease | Mary A Kaszynski & Anthony C. Raccuglia | 01752 | IL | Duke & King Acquisition | 2,593.33 |
| 31 | Non-Residential Real Property Lease | LH Meltzer, LLC | 01060 | IL | Duke & King Acquisition | 8,500.00 |
| 32 | Non-Residential Real Property Lease | Triple H Properties | 00437 | IL | Duke & King Acquisition | 1,784.84 |
| 33 | Security Services | Atlas Security | | Misc | Duke & King Acquisition | 949.26 |
| 34 | Music Services | Audio Acoustics | | Misc | Duke & King Acquisition | 972.48 |
| 35 | Music Services | Business Music Ltd | | Misc | Duke & King Acquisition | 496.80 |
| 36 | Music Services | Custom Communications | | Misc | Duke & King Acquisition | - |
| 37 | Grease Removal | Darling | | Misc | Duke & King Acquisition | - |
| 38 | Advertising Sign Lease | Derse | | Misc | Duke & King Acquisition | 488.00 |
| 39 | Music Services | DMX Communications | | Misc | Duke & King Acquisition | 65.31 |
| 40 | Hood Cleaning | Enviromatic Corp Of America | | Misc | Duke & King Acquisition | 29,729.16 |
| 41 | Snow Services | Fenne's Outdoor Sevices LLC | | Misc | Duke & King Acquisition | 4,974.75 |
| 42 | Security Services | Floyd Total Securtiy | | Misc | Duke & King Acquisition | - |
| 43 | Snow Services | Golla Outdoor Services | | Misc | Duke & King Acquisition | 377.50 |
| 44 | Snow Services | High Profile Grounds Maintenance | | Misc | Duke & King Acquisition | - |
| 45 | Lease Copier/Hole Punch | Ikon | | Misc | Duke & King Acquisition | 2,585.33 |
| 46 | Lease Copier/Hole Punch | Ikon | | Misc | Duke & King Acquisition | 1,036.62 |
| 47 | Posters Contract | Labor Law Institute Auto Comply Posters | | Misc | Duke & King Acquisition | - |
| 48 | Snow Services | Lefonz Lawn Service | | Misc | Duke & King Acquisition | 520.00 |
| 49 | Advertising | Mail South | | Misc | Duke & King Acquisition | 19,232.54 |
| 50 | WOTC Program Agreement | Maximus, Inc. | | Misc | Duke & King Acquisition | 7,385.24 |
| 51 | Billboards/Advertising | Minnesota Logos | | Misc | Duke & King Acquisition | 494.85 |
| 52 | Music Services | Muzak | | Misc | Duke & King Acquisition | 11,207.14 |
| 53 | Snow Services | North Field Landscape | | Misc | Duke & King Acquisition | 200.00 |
| 54 | CO2 Service Agreement | NuCO2 | | Misc | Duke & King Acquisition | - |
| 55 | Contract for Pest Control | Presto X | | Misc | Duke & King Acquisition | 1,837.97 |
| 56 | Snow Services | River City Lawn | | Misc | Duke & King Acquisition | 1,185.31 |
| 57 | Contract for Postage Meter | SECAP Finance | | Misc | Duke & King Acquisition | - |
| 58 | Snow Services | Sno-Mow Services | | Misc | Duke & King Acquisition | 1,405.17 |
| 59 | Snow Services | Todd's Mow and Plow | | Misc | Duke & King Acquisition | - |
| 60 | Non-Residential Real Property Lease | 735 West Bridge LLC | 07444 | MN | Duke & King Acquisition | 8,683.42 |

*Note – the limited license executed between Burger King Corporation and the Debtors operates as an amendment to each of the 52 franchise agreements subject to that limited license*

**EXHIBIT 1**

**Duke & King Acquisition / Duke & King Missouri LLC**
**Notice Of Unexpired Leases and Executory Contracts And Cure Costs**

| | Type of Contract/Lease | Counter Party | Store # | Region | Debtor | Proposed Cure Amount |
|---|---|---|---|---|---|---|
| 61 | Non-Residential Real Property Lease | Alkire, Inc | 09095 | MN | Duke & King Acquisition | 3,831.70 |
| 62 | Non-Residential Real Property Lease | Laurence Kennedy | 11284 | MN | Duke & King Acquisition | 11,846.90 |
| 63 | Non-Residential Real Property Lease | Barque Hill Capital Partners LLC | 06270 | MN | Duke & King Acquisition | 39,050.74 |
| 64 | Non-Residential Real Property Lease | Worms Trust dated 5/9/1998 | 12757 | MN | Duke & King Acquisition | 7,703.04 |
| 65 | Non-Residential Real Property Lease | Burger King Corporation | 06299 | MN | Duke & King Acquisition | 7,262.40 |
| 66 | Burger King Franchise Agreement #09934 | Burger King Corporation | 09934 | MN | Duke & King Acquisition | 41,581.84 |
| 67 | Burger King Franchise Agreement #12757 | Burger King Corporation | 12757 | MN | Duke & King Acquisition | 45,666.00 |
| 68 | Burger King Franchise Agreement #07557 | Burger King Corporation | 07557 | MN | Duke & King Acquisition | 40,800.66 |
| 69 | Limited License Agreement Store #06545 | Burger King Corporation | 06545 | MN | Duke & King Acquisition | 50,998.67 |
| 70 | Limited License Agreement Store #07937 | Burger King Corporation | 07937 | MN | Duke & King Acquisition | 53,274.58 |
| 71 | Burger King Franchise Agreement #04507 | Burger King Corporation | 04507 | MN | Duke & King Acquisition | 58,847.59 |
| 72 | Burger King Franchise Agreement #04151 | Burger King Corporation | 04151 | MN | Duke & King Acquisition | 62,719.45 |
| 73 | Burger King Franchise Agreement #04122 | Burger King Corporation | 04122 | MN | Duke & King Acquisition | 50,863.46 |
| 74 | Burger King Franchise Agreement #12250 | Burger King Corporation | 12250 | MN | Duke & King Acquisition | 67,942.61 |
| 75 | Burger King Franchise Agreement #09095 | Burger King Corporation | 09095 | MN | Duke & King Acquisition | 46,307.92 |
| 76 | Burger King Franchise Agreement #09256 | Burger King Corporation | 09256 | MN | Duke & King Acquisition | 54,726.66 |
| 77 | Limited License Agreement Store #09332 | Burger King Corporation | 09332 | MN | Duke & King Acquisition | 50,874.37 |
| 78 | Burger King Franchise Agreement #02641 | Burger King Corporation | 02641 | MN | Duke & King Acquisition | 47,304.52 |
| 79 | Burger King Franchise Agreement #09994 | Burger King Corporation | 09994 | MN | Duke & King Acquisition | 42,952.74 |
| 80 | Limited License Agreement Store #06590 | Burger King Corporation | 06590 | MN | Duke & King Acquisition | 70,154.27 |
| 81 | Limited License Agreement Store #10239 | Burger King Corporation | 10239 | MN | Duke & King Acquisition | 52,842.68 |
| 82 | Limited License Agreement Store #09993 | Burger King Corporation | 09993 | MN | Duke & King Acquisition | 52,432.88 |
| 83 | Burger King Franchise Agreement #06270 | Burger King Corporation | 06270 | MN | Duke & King Acquisition | 72,753.71 |
| 84 | Limited License Agreement Store #11535 | Burger King Corporation | 11535 | MN | Duke & King Acquisition | 52,580.49 |
| 85 | Burger King Franchise Agreement #04553 | Burger King Corporation | 04553 | MN | Duke & King Acquisition | 70,523.43 |
| 86 | Burger King Franchise Agreement #06299 | Burger King Corporation | 06299 | MN | Duke & King Acquisition | 61,241.80 |
| 87 | Limited License Agreement Store #06530 | Burger King Corporation | 06530 | MN | Duke & King Acquisition | 79,850.77 |
| 88 | Burger King Franchise Agreement #05713 | Burger King Corporation | 05713 | MN | Duke & King Acquisition | 77,786.87 |
| 89 | Burger King Franchise Agreement #11682 | Burger King Corporation | 11682 | MN | Duke & King Acquisition | 58,541.63 |
| 90 | Burger King Franchise Agreement #05591 | Burger King Corporation | 05591 | MN | Duke & King Acquisition | 82,897.34 |
| 91 | Limited License Agreement Store #08004 | Burger King Corporation | 08004 | MN | Duke & King Acquisition | 58,622.45 |
| 92 | Burger King Franchise Agreement #05012 | Burger King Corporation | 05012 | MN | Duke & King Acquisition | 86,346.71 |
| 93 | Burger King Franchise Agreement #07466 | Burger King Corporation | 07466 | MN | Duke & King Acquisition | 66,342.37 |
| 94 | Burger King Franchise Agreement #11243 | Burger King Corporation | 11243 | MN | Duke & King Acquisition | 64,085.36 |
| 95 | Burger King Franchise Agreement #10284 | Burger King Corporation | 10284 | MN | Duke & King Acquisition | 75,302.92 |
| 96 | Limited License Agreement Store #04116 | Burger King Corporation | 04116 | MN | Duke & King Acquisition | 72,531.32 |
| 97 | Burger King Franchise Agreement #07444 | Burger King Corporation | 07444 | MN | Duke & King Acquisition | 58,960.96 |
| 98 | Limited License Agreement Store #09081 | Burger King Corporation | 09081 | MN | Duke & King Acquisition | 61,105.07 |
| 99 | Burger King Franchise Agreement #09272 | Burger King Corporation | 09272 | MN | Duke & King Acquisition | 65,048.74 |
| 100 | Limited License Agreement Store #11284 | Burger King Corporation | 11284 | MN | Duke & King Acquisition | 77,773.12 |
| 101 | Burger King Franchise Agreement #08224 | Burger King Corporation | 08224 | MN | Duke & King Acquisition | 71,595.67 |
| 102 | Burger King Franchise Agreement #13091 | Burger King Corporation | 13091 | MN | Duke & King Acquisition | 93,240.22 |
| 103 | Limited License Agreement Store #06615 | Burger King Corporation | 06615 | MN | Duke & King Acquisition | 93,747.47 |
| 104 | Burger King Franchise Agreement #04009 | Burger King Corporation | 04009 | MN | Duke & King Acquisition | 90,318.70 |
| 105 | Burger King Franchise Agreement #11254 | Burger King Corporation | 11254 | MN | Duke & King Acquisition | 80,352.97 |
| 106 | Non-Residential Real Property Lease | Burkhardt Cooperative Association, Inc. | 09934 | MN | Duke & King Acquisition | 3,500.00 |
| 107 | Non-Residential Real Property Lease | Burnsville BK, LLC | 04151 | MN | Duke & King Acquisition | 23,905.61 |
| 108 | Non-Residential Real Property Lease | CNL APF Partners, LP | 04116 | MN | Duke & King Acquisition | 19,555.07 |
| 109 | Non-Residential Real Property Lease | Edward C. Lim and Elaine Lim | 06545 | MN | Duke & King Acquisition | 11,776.33 |
| 110 | Non-Residential Real Property Lease | Edwin J. Taylor and Diana S. Taylor | 06590 | MN | Duke & King Acquisition | 7,370.00 |
| 111 | Non-Residential Real Property Lease | Gene C. Ghisolfo | 09332 | MN | Duke & King Acquisition | 19,992.05 |
| 112 | Non-Residential Real Property Lease | Holiday Station Stores, Inc. | 11243 | MN | Duke & King Acquisition | 6,588.11 |
| 113 | Non-Residential Real Property Lease | Inland Commercial Property Management, Inc. | 06530 | MN | Duke & King Acquisition | 8,131.75 |
| 114 | Non-Residential Real Property Lease | Irving J. Sherman Revocable Trust | 11535 | MN | Duke & King Acquisition | 6,500.00 |
| 115 | Non-Residential Real Property Lease | Irving J. Sherman Revocable Trust | 09993 | MN | Duke & King Acquisition | 4,467.00 |
| 116 | Non-Residential Real Property Lease | Jeffery Scott Freeman and Kathleen Freeman | 02641 | MN | Duke & King Acquisition | 17,057.14 |
| 117 | Non-Residential Real Property Lease | John R. Piatt | 07937 | MN | Duke & King Acquisition | 8,893.51 |
| 118 | Non-Residential Real Property Lease | John Suen and Nancy Huang | 09081 | MN | Duke & King Acquisition | 16,005.02 |
| 119 | Non-Residential Real Property Lease | Mark J. Ogren | 11254 | MN | Duke & King Acquisition | 4,628.75 |
| 120 | Non-Residential Real Property Lease | MOAC Mall Holdings LLC | 07466 | MN | Duke & King Acquisition | 20,004.28 |

*Note – the limited license executed between Burger King Corporation and the Debtors operates as an amendment to each of the 52 franchise agreements subject to that limited license*

**EXHIBIT 1**

**Duke & King Acquisition / Duke & King Missouri LLC**
**Notice Of Unexpired Leases and Executory Contracts And Cure Costs**

| | Type of Contract/Lease | Counter Party | Store # | Region | Debtor | Proposed Cure Amount |
|---|---|---|---|---|---|---|
| 121 | Non-Residential Real Property Lease | Nathan Lustman, Trustee of the Nathan Lustman | 09272 | MN | Duke & King Acquisition | 22,616.37 |
| 122 | Non-Residential Real Property Lease | Oreel Family Limited Partnership | 09994 | MN | Duke & King Acquisition | 12,479.12 |
| 123 | Non-Residential Real Property Lease | Oreel Family Limited Partnership | 10284 | MN | Duke & King Acquisition | 29,826.54 |
| 124 | Non-Residential Real Property Lease | P & C Rentals LLP | 04507 | MN | Duke & King Acquisition | 9,590.00 |
| 125 | Non-Residential Real Property Lease | P & C Rentals LLP | 04122 | MN | Duke & King Acquisition | 4,953.33 |
| 126 | Non-Residential Real Property Lease | Paul N. Philips and Karine T. Philips | 08004 | MN | Duke & King Acquisition | 22,852.97 |
| 127 | Non-Residential Real Property Lease | POOYA, Inc. | 11682 | MN | Duke & King Acquisition | 34,753.91 |
| 128 | Non-Residential Real Property Lease | Sherwin 2000 Trust | 07557 | MN | Duke & King Acquisition | 23,118.52 |
| 129 | Non-Residential Real Property Lease | Roger Johnson and Candice J. Johnson | 05713 | MN | Duke & King Acquisition | 24,949.42 |
| 130 | Non-Residential Real Property Lease | Ronald Gdovin and Dina Rickard | 06615 | MN | Duke & King Acquisition | 22,057.64 |
| 131 | Non-Residential Real Property Lease | Segura Investors VI, LLC and Segura Investors | 04009 | MN | Duke & King Acquisition | 10,329.07 |
| 132 | Non-Residential Real Property Lease | Segura Investors VI, LLC and Segura Investors | 08224 | MN | Duke & King Acquisition | 10,224.03 |
| 133 | Non-Residential Real Property Lease | Serramonte Westborough Associates, LLC | 05012 | MN | Duke & King Acquisition | 34,135.74 |
| 134 | Non-Residential Real Property Lease | Stadium Village Plaza, LLC | 12250 | MN | Duke & King Acquisition | 7,317.33 |
| 135 | Non-Residential Real Property Lease | The Lakes Adventure LLC | 13091 | MN | Duke & King Acquisition | 35,826.87 |
| 136 | Non-Residential Real Property Lease | Vander-Smith Properties | 05591 | MN | Duke & King Acquisition | 26,540.48 |
| 137 | Non-Residential Real Property Lease | Wakefield LLC | 04553 | MN | Duke & King Acquisition | 20,034.64 |
| 138 | Non-Residential Real Property Lease | Russ Family Trust | 10239 | MN | Duke & King Acquisition | 23,210.94 |
| 139 | Non-Residential Real Property Lease | Yocum Oil Company, Inc. | 09256 | MN | Duke & King Acquisition | 7,002.62 |
| 140 | Non-Residential Real Property Lease | Altibano R. Parenti and Rosa M Parenti Living | 08384 | MO | Duke & King Missouri | 7,000.00 |
| 141 | Non-Residential Real Property Lease | AWWRE III, LLC | 11049 | MO | Duke & King Missouri | 6,166.67 |
| 142 | Non-Residential Real Property Lease | AWWRE III, LLC | 12281 | MO | Duke & King Missouri | 6,166.67 |
| 143 | Non-Residential Real Property Lease | Triex Missouri Prop LLC | 12415 | MO | Duke & King Missouri | 7,703.90 |
| 144 | Limited License Agreement Store #12413 | Burger King Corporation | 12413 | MO | Duke & King Missouri | 31,914.25 |
| 145 | Limited License Agreement Store #05539 | Burger King Corporation | 05539 | MO | Duke & King Missouri | 62,219.87 |
| 146 | Limited License Agreement Store #01227 | Burger King Corporation | 01227 | MO | Duke & King Missouri | 54,298.00 |
| 147 | Limited License Agreement Store #09331 | Burger King Corporation | 09331 | MO | Duke & King Missouri | 42,141.49 |
| 148 | Burger King Franchise Agreement #03232 | Burger King Corporation | 03232 | MO | Duke & King Missouri | 72,288.68 |
| 149 | Limited License Agreement Store #07203 | Burger King Corporation | 07203 | MO | Duke & King Missouri | 68,311.37 |
| 150 | Limited License Agreement Store #03475 | Burger King Corporation | 03475 | MO | Duke & King Missouri | 61,157.72 |
| 151 | Burger King Franchise Agreement #05357 | Burger King Corporation | 05357 | MO | Duke & King Missouri | 72,918.63 |
| 152 | Limited License Agreement Store #08384 | Burger King Corporation | 08384 | MO | Duke & King Missouri | 52,661.95 |
| 153 | Burger King Franchise Agreement #04513 | Burger King Corporation | 04513 | MO | Duke & King Missouri | 64,434.42 |
| 154 | Limited License Agreement Store #12281 | Burger King Corporation | 12281 | MO | Duke & King Missouri | 52,030.26 |
| 155 | Limited License Agreement Store #12415 | Burger King Corporation | 12415 | MO | Duke & King Missouri | 44,333.85 |
| 156 | Limited License Agreement Store #11049 | Burger King Corporation | 11049 | MO | Duke & King Missouri | 56,463.85 |
| 157 | Non-Residential Real Property Lease | Clyde Stewart, Jr. and Kathy Stewart | 09331 | MO | Duke & King Missouri | 1,331.00 |
| 158 | Non-Residential Real Property Lease | David Stewart and Joyce Stewart | 09331 | MO | Duke & King Missouri | 1,331.00 |
| 159 | Non-Residential Real Property Lease | Glen Harris Farms | 05539 | MO | Duke & King Missouri | 9,980.31 |
| 160 | Non-Residential Real Property Lease | MO.BK | 07203 | MO | Duke & King Missouri | 9,803.45 |
| 161 | Non-Residential Real Property Lease | South Campbell Street Investment Company, LLC | 03232 | MO | Duke & King Missouri | 14,077.71 |
| 162 | Non-Residential Real Property Lease | Spring Investment LLC | 01227 | MO | Duke & King Missouri | 8,346.54 |
| 163 | Non-Residential Real Property Lease | Sutter Development Corp | 04513 | MO | Duke & King Missouri | 1,823.26 |
| 164 | Non-Residential Real Property Lease | Thomas Joeseph Tacci Family Trust | 03475 | MO | Duke & King Missouri | 6,328.42 |
| 165 | Non-Residential Real Property Lease | University Park Development, LLC | 05357 | MO | Duke & King Missouri | 5,690.97 |
| 166 | Non-Residential Real Property Lease | Wood Family Limited Partnership | 12413 | MO | Duke & King Missouri | 3,100.00 |
| 167 | Non-Residential Real Property Lease | Burger King Corporation | 03792 | WI | Duke & King Acquisition | 5,437.50 |
| 168 | Limited License Agreement Store #04857 | Burger King Corporation | 04857 | WI | Duke & King Acquisition | 42,676.96 |
| 169 | Burger King Franchise Agreement #09366 | Burger King Corporation | 09366 | WI | Duke & King Acquisition | 45,120.44 |
| 170 | Burger King Franchise Agreement #01764 | Burger King Corporation | 01764 | WI | Duke & King Acquisition | 49,804.69 |
| 171 | Burger King Franchise Agreement #03792 | Burger King Corporation | 03792 | WI | Duke & King Acquisition | 61,169.88 |
| 172 | Limited License Agreement Store #01888 | Burger King Corporation | 01888 | WI | Duke & King Acquisition | 52,412.64 |
| 173 | Non-Residential Real Property Lease | Demetrios Spyrakos and Harriet Spyrakos | 01888 | WI | Duke & King Acquisition | 9,278.66 |
| 174 | Non-Residential Real Property Lease | Gabe Fazzini and Karen Fazzini | 09366 | WI | Duke & King Acquisition | 7,100.80 |
| 175 | Non-Residential Real Property Lease | Karcap Group | 01764 | WI | Duke & King Acquisition | 5,000.00 |
| 176 | Non-Residential Real Property Lease | McLochlin Enterprises, Inc. | 04857 | WI | Duke & King Acquisition | 7,000.00 |

*Note – the limited license executed between Burger King Corporation and the Debtors operates as an amendment to each of the 52 franchise agreements subject to that limited license*

**EXHIBIT 1**

**Duke & King Acquisition / Duke & King Missouri LLC**
**Notice Of Unexpired Leases and Executory Contracts And Cure Costs**

| | Type of Contract/Lease | Counter Party | Store # | Region | Debtor | Proposed Cure Amount |
|---|---|---|---|---|---|---|
| 1 | Non-Residential Real Property Lease | Albert E. Miller Revocable Living Trust | 04334 | Group 2 | Duke & King Acquisition | 5,742.26 |
| 2 | Non-Residential Real Property Lease | Burger King Corporation | 04111 | Group 2 | Duke & King Acquisition | 5,162.00 |
| 3 | Limited License Agreement Store #05971 | Burger King Corporation | 05971 | Group 2 | Duke & King Acquisition | 56,420.46 |
| 4 | Limited License Agreement Store #05960 | Burger King Corporation | 05960 | Group 2 | Duke & King Acquisition | 46,928.21 |
| 5 | Limited License Agreement Store #04334 | Burger King Corporation | 04334 | Group 2 | Duke & King Acquisition | 53,329.49 |
| 6 | Burger King Franchise Agreement #00106 | Burger King Corporation | 00106 | Group 2 | Duke & King Acquisition | 56,788.77 |
| 7 | Burger King Franchise Agreement #04111 | Burger King Corporation | 04111 | Group 2 | Duke & King Acquisition | 44,069.07 |
| 8 | Burger King Franchise Agreement #11191 | Burger King Corporation | 11191 | Group 2 | Duke & King Acquisition | 37,626.90 |
| 9 | Non-Residential Real Property Lease | Burger King Corporation | 00106 | Group 2 | Duke & King Acquisition | 8,358.38 |
| 10 | Non-Residential Real Property Lease | Ramsey Cronfel | 05960 | Group 2 | Duke & King Acquisition | 6,757.67 |
| 11 | Non-Residential Real Property Lease | Sunflower Square Shopping Center, LLC | 05971 | Group 2 | Duke & King Acquisition | 7,773.07 |
| 12 | Non-Residential Real Property Lease | Williams Property Management LLC | 11191 | Group 2 | Duke & King Acquisition | 14,166.66 |
| 13 | Limited License Agreement Store #06609 | Burger King Corporation | 06609 | Group 2 | Duke & King Missouri | 44,555.35 |
| 14 | Limited License Agreement Store #11751 | Burger King Corporation | 11751 | Group 2 | Duke & King Missouri | 31,323.12 |
| 15 | Limited License Agreement Store #01558 | Burger King Corporation | 01558 | Group 2 | Duke & King Missouri | 63,764.06 |
| 16 | Limited License Agreement Store #08964 | Burger King Corporation | 08964 | Group 2 | Duke & King Missouri | 39,555.80 |
| 17 | Limited License Agreement Store #09744 | Burger King Corporation | 09744 | Group 2 | Duke & King Missouri | 37,325.30 |
| 18 | Limited License Agreement Store #07204 | Burger King Corporation | 07204 | Group 2 | Duke & King Missouri | 40,685.07 |
| 19 | Limited License Agreement Store #06030 | Burger King Corporation | 06030 | Group 2 | Duke & King Missouri | 51,644.19 |
| 20 | Non-Residential Real Property Lease | First Sunrise , LLC | 01558 | Group 2 | Duke & King Missouri | 7,742.83 |
| 21 | Non-Residential Real Property Lease | Gaspardi 2002 Revocable Trust | 09744 | Group 2 | Duke & King Acquisition | 5,151.13 |
| 22 | Non-Residential Real Property Lease | Friendly Family LLC | 06030 | Group 2 | Duke & King Missouri | 6,506.05 |
| 23 | Non-Residential Real Property Lease | Survivor's Trust of Ruth and Joseph Jurnecka | 11751 | Group 2 | Duke & King Missouri | 5,075.00 |
| 24 | Non-Residential Real Property Lease | Legacy Enterprises, Inc. | 08964 | Group 2 | Duke & King Missouri | 10,848.60 |
| 25 | Non-Residential Real Property Lease | Dam Family Trust | 07204 | Group 2 | Duke & King Missouri | 5,383.10 |
| 26 | Non-Residential Real Property Lease | Sunflower Square Shopping Center, LLC | 06609 | Group 2 | Duke & King Missouri | 10,290.00 |

*Note – the limited license executed between Burger King Corporation and the Debtors operates as an amendment to each of the 52 franchise agreements subject to that limited license*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

*********************************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION, CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

*********************************************************************************

**CERTIFICATE OF SERVICE**

*********************************************************************************

Douglas W. Kassebaum, under penalty of perjury, states that on April 18, 2011, he caused to be served the following:

Notice Concerning Unexpired Leases and Executory Contracts and Establishing Cure Costs

by sending true and correct copies by U.S. Mail to the parties listed on the attached service list.


Dated:  April 18, 2011                    */s/ Douglas W. Kassebaum*
                                           Douglas W. Kassebaum


4913221_1/062204.0888

| | | |
|---|---|---|
| 504 W Blackhawk Realty LLC<br>140 ADAMS AVENUE<br>SUITE A8<br>HAUPPAUGE, NY  11788 | 735 West Bridge LLC<br>2131 CENTURY PARK LANE 3-214<br>LOS ANGELES, CA  90067 | Albert E. Miller<br>Revocable Living Trust<br>1757 Sky Loft Ln<br>Encinitas, CA  92024 |
| ALBERT E. MILLER LIVING TRUST<br>78-6833 ALLI DRIVE<br>STE 6<br>KAILUA KONA, HI  96740 | ALKIRE INC<br>LAMBERT & ASSO<br>C/O MARK W LAMBERT<br>122 S WATER ST<br>STILLWATER, MN  55082 | Alkire, Inc<br>106 9TH AVE SO CIRCLE<br>PRINCETON, MN  55371 |
| ALTIBANO R PARENTI<br>1091 INDUSTRIAL RD<br>STE 230<br>SAN CARLOS, CA  94070 | Altibano R. Parenti<br>1091 Industrial Rd #270<br>San Carlos, CA  94070 | Altibano R. Parenti &<br>Rosa M. Parenti Living Trust<br>3104 Margarita Ave<br>Burlingame, CA  94010 |
| Amcore Investment Group  tte<br>Trust No. 75-6239<br>PO Box 1537<br>Rockford, IL  61110 | Anthony C. Raccuglia<br>1200 Maple Dr<br>Peru, IL  61354 | ATLAS SECURITY SERVICE INC.<br>1309 EAST REPUBLIC ROAD<br>SUITE B<br>SPRINGFIELD, MO  65804 |
| AUDIO ACOUSTICS INC.<br>PO BOX 4487<br>SPRINGFIELD, MO  65808-4487 | AWWRE III, LLC<br>1220 LEXINGTON AVE<br>STE 2E<br>NEW YORK, NY  10028 | Barque Hill Capital Partners LLC<br>PO BOX 1320<br>FORESTDALE, MA  02644 |
| Burger King Corp<br>PO BOX 932980<br>ATLANTA, GA  31193-2980 | Burger King Corp<br>PO BOX 020783<br>MIAMI, FL  33102 | Burkhardt Cooperative Assoc.<br>1088 County Rd A<br>Hudson, WI  54016 |
| Burnsville BK, LLC<br>6010 HWY 7<br>MINNEAPOLIS, MN  55416 | BUSINESS MUSIC LTD<br>PO BOX 3013<br>DULUTH, MN  55803-3013 | Castle Bank Land Trust<br>Sarah G DeMink<br>4904 Seeley Ave.<br>Downers Grove, IL  60515 |
| Chang Revocable Trust<br>38 Josiah Ave<br>SAN FRANCISCO, CA  94112 | Christopher K. Guthrie Trust<br>PO BOX 1733<br>ROSS, CA  94957-1733 | CNL APF Partners, LP<br>450 SOUTH ORANGE AVE<br>SUITE 1100<br>ORLANDO, FL  32801 |
| CNL Net Lease Funding 2003, LLC<br>450 S Orange Ave<br>Orlando, FL  32801 | Cordoza Family Trust<br>316 E BEACH ST<br>WATSONVILLE, CA  95076 | CUSTOM COMMUNICATIONS<br>1661 GREENVIEW DR SW<br>ROCHESTER, MN  55902 |
| Dam Family Trust<br>1552 Gordy Dr<br>San Jose, CA  95131 | DARLING INTERNATIONAL<br>PO BOX 615<br>DES MOINES, IA  50306-0615 | DARLING INTERNATIONAL INC.<br>PO BOX 671401<br>DALLAS, TX  75267-1401 |

David & Joyce Stewart
9600 Cty Rd 6750
West Plains, MO  65775

Demetrios & Harriet Spyakos
6743 N NOKOMIS
LINCOLNWOOD, IL  60712

DERSE INC WHBS
3800 W CANAL ST
MILWAUKEE, WI  53208

DMX MUSIC DALLAS
PO BOX 660557
DALLAS, TX  75266-0557

Duke and King Real Estate, LLC
12281 Nicollet Ave
Burnsville, MN  55337

Edward C. and Elaine Lim
102 COLBY ST
SAN FRANCISCO, CA  94134

Edwin J. and Diana S. Taylor
6524 Highway 61 N
WHITE BEAR LAKE, MN  55110

Elizabeth & Moche Chalem
11054 Ventura Blvd  Ste 124
Studio City, CA  91604

ENVIROMATIC CORP
5936 PILLSBURY S
MINNEAPOLIS, MN  55419

Federal Wage and Labor Law Institute
7001 W 43rd Street
Houston, TX  77092

FENNE'S OUTDOOR SVCS LLC
PO BOX 541
LAKEVILLE, MN  55044

First Sunrise, LLC
2679 E 66TH ST
BROOKLYN, NY  11234

FLOYD TOTAL SECURITY
9036 GRAND AVE S
MINNEAPOLIS, MN  55420-3634

Friendly Family LLC
53 WORTHS MILL LANE
PRINCETON, NJ  08540

Gabe & Karen Fazzini
37072 GALILEO LANE
MURRIETA, CA  92563

Gaspardi 2002 Revocable Trust
PO Box 3150
Sonora, CA  95370

Gene C. Ghisolfo
PO Box 2725
Sausalito, CA  94966

Gerald E. Anderson
251 Montgomery Rd
Montgomery, IL  60538

Glen Harris Farm
PO BOX 1291
GRIDLEY, CA  95948

Glidden Trust No. 030-801-00-5
c/o First National Bank
309 SEELEY AVE
DOWNERS GROVE, IL  60515

Golla Outdoor Services
1629 4th Ave
Newport, MN  55055

Grub Stake Properties II
a/k/a Grubbstake Prop II
2401 American Ln
Madison, WI  53704

High Profile Grounds Maintenance, Inc
8236 Arthur St. NE, Suite H
Minneapolis, MN  55432

Holiday Station Stores  Inc.
4567 American Blvd W
Minneapolis, MN  55437

IKON FINANCIAL SERVICES
PO BOX 650016
DALLAS, TX  75265-0016

IKON FINANCIAL SERVICES
BKY ADMIN
PO BOX 13708
MACON, GA  31208-3708

IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT RD
STE 400
MACON, GA  31210

IKON OFFICE SOLUTIONS
PO BOX 802815
CHICAGO, IL  60680-2815

Inland Commercial Property Mgmt Inc
2901 BUTTERFIELD RD
OAK BROOK, IL  60523

Irving J. Sherman Revocable Trust
ATTN JOHN HAMBURGER
2808 ANTHONY LANE SOUTH
MINNEAPOLIS, MN  55418

| | | |
|---|---|---|
| Jeffery S. & Kathleen Freeman<br>314 LOMA AVE<br>HUNTINGTON BEACH, CA  92648 | John R. Piatt<br>4156 POPLAR STREET<br>SAN DIEGO, CA  92105 | John Suen & Nancy Huang<br>50 MADDUX AVE<br>SAN FRANCISCO, CA  94124 |
| Karcap Group<br>7400 W 75TH AVENUE<br>SHERERVILLE, IN  46375 | Kathleen Kahn<br>3 SILVER QUEEN CT<br>PARK CITY, UT  84060 | Kathy & Clyde Stewart  Jr.<br>PO Box 665<br>West Pains, MO  65775 |
| Kearney Properties<br>1408 Madison Ave<br>Mankato, MN  56001 | Laurence R. Kennedy<br>Stinson Blvd Trust<br>13997 ST CROIX TRAIL N<br>STILLWATER, MN  55082 | LEFONZ LAWN SVC<br>1459 6TH AVE S<br>SOUTH ST PAUL, MN  55075 |
| Legacy Enterprises  Inc.<br>7155 E Crescent Ct<br>Springfield, MO  65809 | Legacy Enterprises Inc.<br>c/o Dan R. Nelson<br>Lathrop & Gage LLP<br>P.O. Box 4288<br>SPRINGFIELD, MO  65808-4288 | LH MELTZER LLC<br>513 SUMMIT AVE<br>SAINT PAUL, MN  55102 |
| MAILSOUTH INC<br>PO BOX 532536<br>ATLANTA, GA  30353-2536 | Mark & Helen C. Kim<br>2298 Thistle Rd<br>Glenview, IL  60026 | Mark J. Ogren<br>1749 S Greeley St<br>PO Box 15<br>Stilwater, MN  55082 |
| MARK KIM & HELEN C KIM<br>MIRAE LAW LLC<br>ATTN JANE H PARK<br>1701 GOLF RD STE 1-1106<br>ROLLING MEADOW, IL  60008 | Mary A. Kaszynski<br>2574 E 259th Rd<br>Peru, IL  61354 | MAXIMUS INC.<br>7130 MINSTREL WAY<br>STE L100<br>COLUMBIA, MD  21045 |
| McLochlin Enterprises Inc.<br>CHUCK MCLOCHLIN<br>295 E LINCOLN RD<br>KOKOMO, IN  46902 | Mihailo Chukalovich<br>18540 PRAIRIE ST<br>APT 101<br>NORTHRIDGE, CA  91324 | MINNESOTA LOGOS INC<br>201 W TRAVELERS TL<br>STE 230<br>BURNSVILLE, MN  55337 |
| MO BK, LLC<br>PO BOX 7906<br>BEVERLY HILLS, CA  90212 | MOAC Mall Holdings LLC<br>c/o Simon Prop Group<br>225 W Washington St<br>Indianapolis, IN  46204 | MUZAK - FLORIDA<br>PO BOX 538382<br>ATLANTA, GA  30353-8382 |
| MUZAK DR THRU<br>PO BOX 601975<br>CHARLOTTE, NC  28260-1975 | MUZAK LLC<br>PO BOX 71070<br>CHARLOTTE, NC  28272-1070 | MUZAK LLC<br>C/O BRIDGET ANN OXENDINE<br>3318 LAKEMONT BLVD<br>FORT MILL, SC  29708 |
| MUZAK N CENT REGION<br>PO BOX 90423<br>CHICAGO, IL  60696-0423 | MUZAK OF W PALM BEACH<br>PO BOX 534558<br>ATLANTA, GA  30353-4558 | Nath Property Company, LP<br>900 AMERICAN BLVD E<br>STE 300<br>MINNEAPOLIS, MN  55420 |

Nathan Lustman Trust
4335 MARINA CITY DE
MARINA DEL REY, CA  90292

NORTH FIELD LANDSCAPE LLC
1224 WATSON ST
AURORA, IL  60505

NUCO2 INC
PO BOX 9011
STUART, FL  34995

Oreel Family Limited Partnership
C/O SHANNON OREEL
PO BOX 3243
MADISON, WI  53704-0243

P&C Rentals LLP
c/o Paul Blaske
PO Box 14366
Scottsdale, AZ  85267

Paul N. and Karine T. Philips
801 NORTH BRAND BVLVD
STE 665
GLENDALE, CA  91203-1237

Peterson Appraisal Group, Ltd.
Attn. Aby Paz
6035 N Northwest Hwy
Ste 200
Chicago, IL  60631

Pooya  Inc.
Attn: Ramiar Shirani
2070 Demaine Ct
Morgan Hill, CA  95037

PRESTO-X LLC
4521 LEAVENWORTH ST
OMAHA, NE  68108-1437

Ramsey Cronfel
725 Parkview Cir
Elk Grove Village, IL  60007

RIVER CITY LAWN
835 COLLEGE ST
PRESCOTT, WI  54021

Roger & Candice J. Johnson
8048 Hill Tr N
Lake Elmo, MN  55042

Ronald Gdovin &
Dina Rickard
5400 EAST THE TOLEDO
STE 402
LONG BEACH, CA  90803-3901

Russ Family Trust
1434 Genoa Ln
San Jacinto, CA  92583

SECAP FINANCE
PO BOX 405371
ATLANTA, GA  30384-5371

Segura Investors VI  LLC and
Segura Investors VII  LLC
c/o Dennis gura
2116 Wilshire Blvd #209
Santa Monica, CA  90403

Serramonte Westborough Associates, LLC
355 GELLERT BLVD
Ste 222
DALY CITY, CA  94015

Sherwin 2000 Trust
Mendocino Hill Vineyard
9801 Old River Rd
Ukiah, CA  95482

SNO MOW SERVICES
304 12TH ST
FARMINGTON, MN  55024

South Campbell Street Inv. Co. LLC
c/o Dan R. Nelson
Lathrop & Gage LLP
P.O. Box 4288
SPRINGFIELD, MO  65808-4288

Spring Investment LLC
ATTN CHENG LEE
6 GLENGARRY WAY
PRINCETON JUNCTION, NJ  08550

Stadium Village Plaza  LLC
Attn Mark Harmon
527 Marquette Ave #1000
Minneapolis, MN  55402

STEPHEN J GARDELLA JR
2426 DENVER ST
SAN DIEGO, CA  92110

Sunflower Square Shopping Center LLC
c/o Richard C. Salmen
Felhaber Larson Fenlon & Vogt P.A.
220 South Sixth Street Suite 2200
Minneapolis, MN  55402

Sunflower Square Shopping Ctr, LLC
20841 Ventura Blvd
Woodland Hills, CA  91364

Survivor's Trust of Ruth &
Joseph Jurnecka
835 CALABASAS RD
WATSONVILLE, CA  95076-0417

Sutter Development Corp
603 Birchbark
Lebanon, MO  65536

The Lakes Adventure LLC
30100 TOWN CTR DR
SUITE 341
LAGUNA NIGUEL, CA  92677

Thomas Joseph Tacci
Family Trust
335 HEIDI DR
MORGAN HILL, CA  95037

TODD'S GRNDSKEEPING
1682 HEMMINGWAY CT
JANESVILLE, WI  53545

| | | |
|---|---|---|
| Triex Missouri Prop LLC<br>19198 FOXGLEN LN<br>HUNTINGTON BEACH, CA  92648 | Triple H Properties<br>14730 Ruby St<br>Durand, IL  61024 | University Park Development LLC<br>7932 S 90TH E AVE<br>TULSA, OK  74133 |
| Vander-Smith Properties<br>2448 Matterhorn Dr<br>Maplewood, MN  55109 | Vanowen Street  LLC<br>11054 Ventura Blvd  Ste 124<br>Studio City, CA  91604 | Wakefield LLC<br>Attn: Julie Oanh T. Nguyen<br>12001 Market St #454<br>Reston, VA  90190 |
| William H. Hess Irrevocable Trust<br>1689 N 2501 RD<br>OTTAWA, IL  61350 | Williams Prop Mgmt LLC<br>ATTN STEVE D WILLIAMS<br>7348 LONE CEDAR TRAIL<br>SOUTH BELOIT, IL  61080-9490 | Wood Family Limited Partnership<br>c/o JT Brown Realty Co.<br>2304 E. Powell<br>Springfield, MO  65804 |
| Worms Trust dated 5/9/1998<br>1384 MILLER PLACE<br>WEST HOLLYWOOD, CA  90069 | Yocum Oil Company Inc.<br>2719 STILLWATER RD<br>ST PAUL, MN  55119 | |