5-31-11   Cleophas A Johnson
I want to oppose the motion for this case
# 10-38652 to be dismiss

RECEIVED
11 JUN -3 AM 11:18
U.S. BANKRUPTCY COURT
ST. PAUL, MN