RECEIVED
11 JUN -6 PM 3: 35
U.S. BANKRUPTCY COURT
ST. PAUL, MN

June 3, 2011

Warren E. Burger Federal Building
United States Courthouse
316 North Robert Street
St. Paul, MN 55101

Attn: Clerk of Bankruptcy Court

Re: Duke and King Acquisition Corp.
Case No. 10-38652

I writing in response to the notice I received to dismiss the case against Duke and King Acquisition Corp. (Burger King). I am opposed to this dismissal. As the owner of a small business it is already a struggle to keep afloat. It is not feasible for me to just forget about the money owed to me and my company. I have a house payment to make, a family to support and employees to pay.

I am owed around $1200 for window cleaning services that have already been performed. An agreement was made between Burger King Restaurants at two separate locations and my window cleaning company. We were to properly clean the windows as scheduled and they were to pay us a set amount for those services. My 3 Sons Window Cleaning upheld our end of the agreement and I see no reason why Burger King should not uphold their agreement of proper payment.

Thank you,

Mike Lee
Owner
My 3 Sons Window Cleaning