6-6-11

Dear Sirs,

I have replied before and I would like my money mailed to me. These are copies of what I have already sent.

*[signature]*

*Replying to this letter. Thank you!!*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**JOINTLY ADMINISTERED UNDER CASE NO. 10-38652**

In re:

DUKE AND KING
ACQUISITION CORP,
Debtors.

Court File No. 10-38652 (GFK)

Includes:
| | |
|---|---|
| Duke and King Missouri, LLC | 10-38653 |
| Duke and King Missouri Holdings, Inc. | 10-38654 |
| Duke and King Real Estate, LLC | 10-38655 |
| Duke and King Florida Holdings, Inc. | 10-38656 |

NOTICE OF HEARING ON
MOTION TO DISMISS OR CONVERT

TO: The debtors, all creditors and other parties in interest:

A motion has been filed by the United States Trustee to dismiss or convert the above-captioned jointly administered cases.

On Thursday, June 16, 2011, at 9:30 a.m., before the Honorable Gregory F. Kishel, Chief U.S. Bankruptcy Judge, in Courtroom No. 2A, Warren E. Burger Federal Building and United States Courthouse, at 316 North Robert Street, Saint Paul, MN 55101, the Court will hold a hearing to determine whether this case should be dismissed or converted to chapter 7.

Any response to this motion must be filed and delivered not later than June 11, 2011, which is five before the time of the hearing, (including Saturdays, Sundays or Holidays). See Local Bankruptcy Rule 9006-1(b). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

Dated: 5-24-2011

CLERK OF BANKRUPTCY COURT

By: Mary D
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/24/2011*
Lori Vosejpka, Clerk, By MD, Deputy Clerk

0-46782

6450504 6828011

Tj Goodwin
27376 South N Hwy
Sheldon, MO 64784



Dear Tj,

Towards the end of 2010, the Duke and King Acquisition Corp. (Duke and King) payroll department sent a letter advising you of an un-cashed payroll check, detailed below:

    Date of Check:    7/10/2009

    Check Number:    32478385

    Net Amount:    $58.26

As you may be aware, since the date of that letter, Duke and King Acquisition Corp., Duke and King Missouri, LLC and certain of their subsidiaries filed for bankruptcy relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota.

As a result of this bankruptcy court filing, Duke and King is no longer in a position to replace or otherwise pay un-collected, un-cashed or stale dated paychecks relating to wages earned more than 180 days prior to our bankruptcy filing, which occurred on December 4, 2010.

To the extent you believe the above amount remains owing, you may have a general unsecured claim in Duke and King's bankruptcy case. Enclosed with this letter is a "proof of claim" form that must be completed and returned to the Bankruptcy Clerk's Office no later than April 18, 2011. Please follow the instructions on the attached proof of claim form for a more detailed description of how to fill out the form and where to send it. Please note that the filing of a proof of claim does not guarantee that you will receive any recovery or payment on account of such claim from Duke and King's bankruptcy case.

Should you have questions or need further explanation, please don't hesitate to contact Paul Share at (952) 288-2369.

Thank you,
Human Resources
Duke and King Acquisition Corp.

**Duke and King Acquisition Corporation**
12281 Nicollet Avenue South • Burnsville, Minnesota 55337 • 952.288.2300 (Phone) • 952.288.2310 (Fax)

B10 (Official Form 10) (4/10)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA | ○ 7 ● 11 ○ 12 | PROOF OF CLAIM |

Name of Debtor: Duke and King Acquisition Corp., d/b/a Burger King
Case Number: 10-38652

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): T. S. Goodwin

Name and address where notices should be sent:
27376 S. NHWy.
Sheldon, Mo. 64784

Telephone number: 417-884-0002

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 58.26

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Wages
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 670

  3a. Debtor may have scheduled account as: _____
  (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. §507 (a)(8).

☐ Other — Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:** $58.26

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 4-7-11

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

FOR COURT USE ONLY
Send original to:
U.S. Bankruptcy Court
200 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.