UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DUKE AND KING
    ACQUISITION CORP,
    Debtors.
Includes:
Duke and King Missouri, LLC
Duke and King Missouri Holdings, Inc.
Duke and King Real Estate, LLC
Duke and King Florida Holdings, Inc.

**JOINTLY ADMINISTERED UNDER
CASE NO. 10-38652**

Court File No. 10-38652 (GFK)

10-38653
10-38654
10-38655
10-38656

AFFIDAVIT OF MICHAEL R. FADLOVICH

Michael R. Fadlovich, being duly sworn and under oath, states as follows:

1. I am an attorney for the United States Trustee, and as such I am responsible for overseeing the administration of chapter 11 cases in the District of Minnesota, including the above named jointly administered cases.

2. On December 29, 2010, I appointed and caused to be filed with the court the Official Committee of Unsecured Creditors (UCC) in these jointly administered cases. See Docket #90.

3. At the request of The Coca Cola Company, I appointed William Kaye to the UCC as the representative of Coca Cola based on based on information obtained from Joe Johnson, its Litigation Counsel. A true and correct copy of all the information I received from Coca Cola indicating its desire to be on the UCC with Mr. Kaye as its representative is attached hereto.

4. I had no knowledge of the fact that Mr. Kaye was a Managing Director of JLL Consultants, Inc. until I reviewed the UCC's objection to the U.S. Trustee's motion to convert or dismiss these cases, which was filed on June 10, 2011.

5. If I knew Mr. Kaye was engaged in the business of being a 'Liquidating Trustee", I would not have agreed to have him serve on the UCC.

THIS CONCLUDES MY AFFIDAVIT

MICHAEL R. FADLOVICH

Sworn and subscribed to before me this 14th day of June, 2011.

Notary Public

SARAH J. WENCIL
NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2016

**THE COCA-COLA COMPANY**
**P. O. DRAWER 1734**
**ATLANTA, GA 30301**
**FAX TRANSMITTAL**

**LEGAL DIVISION**

| NO. PAGES |
| --- |
| 3 |
| INCLUDING FAX TRANSMITTAL |

**DATE:** December 17, 2010

**TO:** NAME: Michael Fadlovich    FAX NO.: 612-664-5516
LOCATION: United States Trustee
Case No.: 10-38652 Duke and King Acquisition Company, et al

**SENDER:** NAME: Joe Johnson    FAX NO.: 404 598-4150
LOCATION: The Coca-Cola Company
PHONE NO.: 404 676-4150

**MESSAGE:**

I have enclosed a copy of our letter requesting a seat on the Official Committee of Unsecured Creditor's in the above referenced case along with our completed Creditor's Committee Questionnaire.

Joe Johnson

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the First Class Mail. Thank you.

In case of transmission problems, call    Joe Johnson    404 676-4150



**The Coca-Cola Company**

COCA-COLA PLAZA
ATLANTA, GEORGIA

LEGAL DIVISION

December 16, 2010

ADDRESS REPLY TO
P.O. BOX 1734
ATLANTA, GEORGIA 30301

404-676-2121

Ely Fax: 612-664-5516

Habbo G. Fokkena, Esq.
United States Trustee for Region 12
Office of the U.S. Trustee
300 South Fourth Street, Suite 1015
Minneapolis, MN 55415

Attention: Michael R. Fadlovich, Esq., Trial Attorney

Re: **Duke and King Acquisition Corp**, *et al*.
　　Chapter 11 Case No. 10-38652 (Jointly Administered)

Dear Mr. Fadlovich:

The Coca-Cola Company ("Coca-Cola"), of One Coca-Cola Plaza, Atlanta, Georgia, its subsidiaries and affiliates, is a general unsecured creditor of Duke and King Acquisition Corp, *et al*. ("Debtors"), in the chapter 11 cases being jointly administered under the above-referenced lead case in a liquidated amount of not less than $156,173.00 for product sold and monies advanced to the Debtors and an additional, unliquidated, potential amount.

In addition to the unsecured amounts owed it, Coca-Cola has a secured claim in the approximate amount of $261,700, the collateral for which is fountain beverage equipment in the various locations of the Debtors.

Coca-Cola desires to be appointed to the Official Committee of Unsecured Creditors (the "*Committee*") in the above-referenced case that your office will appoint. All Burger King entities are important customers of the Coca-Cola system, as are the Debtors herein. Further, Coca-Cola is the sole provider of carbonated beverages and bottled water to the Debtors' locations and also provides other incentives to the Debtors, and its appointment to the committee to be formed would be beneficial in these cases. Coca-Cola is currently serving and/or has served as chairman, co-chairman or a member in a substantial number of national restaurant cases and believes its experience and recent involvement in these cases allows it to bring substantial experience to a creditors' committee in these cases. Those cases include successfully reorganized national cases as Buffets, Inc., Vicorp., and in a number of other cases involving Burger King franchisees, as well as the cases of Delta Airlines, Carmike Cinemas, General Cinemas, Loews Theaters, United Artists, Buffets Holdings, Viacorp., and numerous other substantial cases.

By this letter, Coca-Cola appoints William Kaye, Senior Bankruptcy Advisor to The Coca-Cola Company as its representative in these cases should Coca-Cola be appointed to the Committee to be conducted by your office for selection of an Official Committee of Unsecured Creditors (the "*Committee*"), and for the organization of the Committee, if Coca-Cola is selected for Committee membership. Mr. Kaye has served in the capacity of Senior Bankruptcy Advisor under contract for over ten years.

If you require any further information, please feel free to contact the undersigned at 404-676-40150.

Sincerely,

Joseph Johnson, Esq.
Litigation Counsel
Office of the General Counsel
The Coca-Cola Company

Cc: William Kaye, Senior Bankruptcy Advisor

## CREDITORS' COMMITTEE QUESTIONNAIRE

Case Names:  Duke and King Acquisition Corp, Bky Case No. 10-38652    (Jointly Administered)
Duke and King Missouri, LLC, BKY Case No. 10-38653
Duke and King Missouri Holdings, Inc. BKY Case No. 10-38654,
Duke and King Real Estate BKY Case No. 10-38655,
DK Florida Holdings, Inc. BKY Case No. 1038656.

I am interested in serving on a committee of unsecured creditors for the above-referenced case.

✓ YES          ___ NO

**IF YOU ANSWERED "YES" TO THE QUESTION ABOVE, PLEASE COMPLETE THIS FORM AND RETURN IT TO:**

OFFICE OF THE U.S. TRUSTEE
300 SOUTH FOURTH ST., #1015
MINNEAPOLIS, MN 55415
FAX 612-335-4032

I. Print the name and address and telephone number of the person or entity with a claim against the debtor:

   A. Creditor's Name: The Coca-Cola Company
   B. Address: P.O. Box 1734
      Atlanta, GA. 30313
   C. Telephone number: 404 676-4150

II. Please set forth the total amount of the Creditor's unsecured claim:

   $ 156,173.

III. Please indicate whether any portion of the Creditor's claim is secured by property of the Debtor and specify the amount of such secured claim (if no security - indicate "none"):

   A. Amount secured claim: $ 261,700
   B. Specify collateral securing this claim:
      Fountain Beverage Equipment

IV. Please indicate whether Creditor is an "Insider" of the Debtor. Generally, an Insider is anyone who is an officer, director, shareholder or partner of the debtor, or who has any family relationship to the debtor (or to the principals of the debtor where the debtor is a corporation or partnership).

   A. No - this Creditor is not an Insider.
   B. Yes - this Creditor is or may be an insider of the debtor because of the following (please explain):

      NO.

V. Please sign and date below and return to the office of the United States Trustee as soon as possible.

The above information is true and correct to the best of my knowledge.

Signature: [signed]              Date: 12-17-10
Printed name of
person signing: Joseph A. Johnson

**PLEASE NOTE: THIS QUESTIONNAIRE IS NOT A PROOF OF CLAIM. IF YOU HAVE QUESTIONS CONCERNING THE FILING OF A PROOF OF CLAIM, YOU SHOULD CONTACT YOUR ATTORNEY.**

<u>**CERTIFICATE OF SERVICE**</u>

In re:

DUKE AND KING
      ACQUISITION CORP,
            Debtors.

JOINTLY ADMINISTERED UNDER
CASE NO. 10-38652

Court File No. 10-38652 (GFK)

Includes:

| | |
|---|---|
| Duke and King Missouri, LLC | 10-38653 |
| Duke and King Missouri Holdings, Inc. | 10-38654 |
| Duke and King Real Estate, LLC | 10-38655 |
| Duke and King Florida Holdings, Inc. | 10-38656 |

The undersigned hereby certifies under penalty of perjury that he is an employee in the Office of the United States Trustee for the District of Minnesota and is a person of such age and discretion as to be competent to serve papers. That on June 15, 2011, he caused to be served a copy of the attached: Affidavit of Michael R. Fadlovich in support of United States Trustee's Motion to Convert or Dismiss chapter 11 cases under 11 U.S.C. §1112(b), by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

| | |
|---|---|
| **Scott N Opincar**<br>McDonald Hopkins LLC<br>600 Superior Ave E Ste 2100<br>Cleveland, OH 44114 | **Clinton E. Cutler**<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street Ste 4000<br>Minneapolis, MN 55402 |
| Duke & King Acquisition Corp., *et al.*<br>12281 Nicollet Ave. S<br>Burnsville, MN 55337 | BURGER KING CORPORATION<br>PAUL J BATTISTA<br>GENOVESE JOBLOVE & BATTISTA<br>100 SE 2ND ST 44TH FL<br>BANK OF AMERICA TOWER<br>MIAMI FL 33131 |
| MEADOWBROOK MEAT COMPANY INC<br>LARRY B RICKE<br>RICKE & SWEENEY PA<br>325 CEDAR ST STE 600<br>ST PAUL MN 55101 | BANK OF AMERICA NA<br>STEPHEN M MERTZ<br>FAEGRE & BENSON LLP<br>90 S 7TH ST<br>2200 WELLS FARGO CTR<br>MINNEAPOLIS MN 55402-3901 |

| | |
|---|---|
| Thomas F. Blakemore<br>Winston & Strawn LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601-9703 | Jonathan T. Edwards<br>Alston & Bird LLP<br>1201 West Peachtree St.<br>One Atlantic Center<br>Atlanta, GA 20209-2424 |
| ANNIE C WELLS<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | Joseph Geraghty<br>Conway Mackenzie, Inc.<br>109 N. Main Street<br>500 Performance Place<br>Dayton, Ohio, 45402 |
| Joseph Johnson, Esq.<br>Office of the General Counsel<br>The Coca Cola Company<br>P.O. Box 1754<br>Atlanta, GA 30301 | Julie Oanh T. Nguyen<br>350 Santa Helena<br>Solana Beach, CA 92075 |
| P&C Rental LLP.<br>PO Box 14366<br>Scottsdale, AZ 85267 | RICHARD S LAUTER<br>FREEBORN & PETERS LLP<br>311 S WACKER DR STE 3000<br>CHICAGO, IL 60606 |
| William Kaye<br>The Coca-Cola company<br>31 Rose Lane<br>East Rockaway, NY 11518 | |

In addition, the following have been served via the bankruptcy court's CM/ECF electronic service system.

Paul J Battista pbattista@gjb-law.com, mpacheco@gjb-law.com

Matthew R. Burton mburton@losgs.com, swood@losgs.com

Gordon B. Conn conn@kwgc-law.com

Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com, klatham@larkinhoffman.com

Clinton E. Cutler ccutler@fredlaw.com, jwitt@fredlaw.com

Michael F. Doty mdoty@faegre.com

Sarah M Gibbs sgibbs@fredlaw.com, jwitt@fredlaw.com

Steven A. Ginther mn@dor.mo.gov

John L. Greer jgreer@hughesmathews.com,

Aaron L Hammer ahammer@freebornpeters.com,

Christopher J Harayda charayda@faegre.com,

Carole Clark Isakson isakson@kwgc-law.com

Dennis L Johnson johnsonlaw43@msn.com,

Michael J Kaczka MKACZKA@MCDONALDHOPKINS.COM

Douglas W. Kassebaum dkassebaum@fredlaw.com,

Jeffrey D. Klobucar jklobucar@foleymansfield.com

Eoin L Kreditor ekreditor@fsglawyers.com,

Adam D. Maier adam.maier@leonard.com,

Stephen M Mertz smertz@faegre.com

Dan R Nelson dnelson@lathropgage.com

Steven C. Opheim sopheim@dudleyandsmith.com,

Scott N Opincar SOPINCAR@MCDONALDHOPKINS.COM,

Larry B. Ricke rickel@srsg.net

Shawn M Riley SRILEY@MCDONALDHOPKINS.COM

Richard C Salmen rsalmen@felhaber.com

Mark D. Stephenson marks@stephenson-sanford.com, chrish@sstmnlaw.com

Amy J Swedberg amy.swedberg@maslon.com

US Trustee ustpregion12.mn.ecf@usdoj.gov

Lee J Viorel lviorel@lowtherjohnson.com

Vogel Law Firm Ltd Vogel mwv@vogellawfirm.net

Wendy S Walker WWALKER@MORGANLEWIS.COM

Annie C Wells awells@morganlewis.com

**By: e/Michael R. Fadlovich**
Michael R. Fadlovich
Trial Attorney
MN Atty I.D. No. 158410
U.S. Trustee's Office
300 South Fourth St., #1015
Minneapolis, MN 55415
(612) 334-1350