8-27-11

To Whom it May concern,

I'm writing in regards to the September 26th hearing date. I hope at that time all of this will be settled. I would like to be payed my last check, Which I'm entitled to.

Thank you,

RECEIVED
11 AUG 31 AM 11:58
U.S. BANKRUPTCY COURT
ST PAUL, MN

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

DUKE AND KING ACQUISITION CORP.,

Debtors.

(includes:
Duke and King Missouri, LLC;
Duke and King Missouri Holdings, Inc.;
Duke and King Real Estate, LLC;
DK Florida Holdings, Inc.)

**JOINTLY ADMINISTERED UNDER
CASE NO. 10-38652**

Court File No. 10-38652

Court File Nos:

10-38653 (GFK)
10-38654 (GFK)
10-38655 (GFK)
10-38656 (GFK)

Chapter 11 Cases
Chief Judge Gregory F. Kishel

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER AND NOTICE FOR HEARING ON CONFIRMATION OF PLAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A Second Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code has been filed by **Duke and King Acquisition Corp. and associated Debtors and the Official Committee of Unsecured Creditors**, the proponents, on <u>August 8, 2011</u>, referring to a Second Amended Joint Chapter 11 Plan of Liquidation filed on <u>August 8, 2011</u>.

The court has determined that the Second Amended Disclosure Statement contains adequate information. Therefore,

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:**

1.    ***Approval of Disclosure Statement.*** The Second Amended Disclosure Statement of the proponents dated <u>August 8, 2011</u>, regarding the Second Amended Joint Chapter 11 Plan of Liquidation of the proponents dated <u>August 8, 2011</u>, is approved.

2.    ***Confirmation Hearing.*** A hearing to consider confirmation of the Second Amended Joint Plan will be held on **September 26, 2011 at 1:30 p.m.**, in Courtroom 2A, U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101. The hearing may be continued by notice at the hearing, without further written notice.

3.    ***Objections to Confirmation.*** Seven days prior to the confirmation hearing is fixed as the last day to timely deliver an objection to confirmation of the plan, and ten days prior to the hearing is the last day to timely mail an objection. Under Loc. R. Bankr. P. (D. Minn.) 3020-1, objections shall be made by motion. The objection must be filed not later than one day after service.

4.    ***Ballots to Accept or Reject Plan.*** Five days prior to the confirmation hearing is fixed as the last day to timely file ballots to accept or reject the proponent's plan. Unless otherwise ordered, the proponent's attorney and the unsecured creditors' committee's attorney shall jointly count the ballots and file a report of tabulation not later than 24 hours before the confirmation hearing.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/10/2011*
Lori Vosejpka, Clerk, By AML, Deputy Clerk

7230507265017

72583