**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

*********************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

**STIPULATION TO EXTEND U.S. TRUSTEE'S DEADLINE TO**
**FILE AN OBJECTION TO PLAN CONFIRMATION**

WHEREAS, on August 10, 2011, the court entered the Order and Notice for Hearing on Confirmation of Plan Confirmation (the "Order").

WHEREAS, under paragraph 3 of the Order, parties in interst have until September 19, 2011, which is seven days prior to the hearing on plan confirmation to file an objecction to confirmation.

WHEREAS, the Debtor and the Official Committee of Unsecured Creditors of Duke and King Acquisition Corp. (the "Committee") have agreed to extend the deadline for the U.S. Trustee to file an objection to plan confirmation.

WHEREORE, IT IS HEREBY STIPULATED AND AGREED among the Debtor, the Committee and the U.S. Trustee that:

794907v2

1. The U.S. Trustee shall have until September 22, 2011, to file an objection to confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation dated August 8, 2011.

2. Pursuant to Local Rule 9011-4(f), each of the undersigned hereby authorizes the e-filing of this document with their electronic signatures affixed below.

IN WITNESS WHEREOF, the parties hereto have caused this Stipulation to be executed and delivered as of the 19th day of September, 2011.

| | |
|---|---|
| FREDRIKSON & BYRON, P.A. | MASLON EDELMAN BORMAN & BRAND, LLP |
| By: /e/ Clinton E. Cutler<br>Clinton E. Cutler, # 0158094<br>Douglas W. Kassebaum, #0386802<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>Telephone: (612) 492-7070 | /e/ Amy J. Swedberg<br>Amy J. Swedberg (#271019)<br>90 South Seventh Street, Suite 3300<br>Minneapolis, MN 55402<br>Phone: 612-672-8367 |
| --AND-- | --AND-- |
| MCDONALD HOPKINS LLC | FREEBORN & PETERS LLP |
| Shawn M. Riley (OH 0037235)<br>Scott N. Opincar (OH 0064027)<br>Michael J. Kaczka (OH 0076548)<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, OH 44114-2653<br>Phone: (216) 348-5400 | Aaron L. Hammer<br>Devon J. Eggert<br>Richard S. Lauter<br>311 S Wacker Dr, Suite 3000<br>Chicago, IL 60606<br>Phone: (312) 360-6000 |
| CO-COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION | ATTORNEYS FOR UNSECURED CREDITORS COMMITTEE |

OFFICE OF THE U.S. TRUSTEE

By: /e/ Michael R. Fadlovich
Michael R. Fadlovich (#158410)
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-334-1356

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

*************************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

## ORDER APPROVING STIPULATION TO EXTEND U.S. TRUSTEE'S DEADLINE TO FILE AN OBJECTION TO PLAN CONFIRMATION

Upon consideration of the Stipulation to Extend U.S. Trustee's Deadline to File an Objection to Plan Confirmation (the "Stipulation");

IT IS HEREBY ORDERED, that the Stipulation is approved and the Order and Notice for Hearing on Confirmation of Plan Confirmation entered on August 10, 2011, as docket number 430, is hereby modified so that the U.S. Trustee shall have until September 22, 2011, to file an objection to confirmation of the Second Amended Joint Chapter 11 Plan of Liquidation dated August 8, 2011.

Dated: _____

The Honorable Gregory F. Kishel
United States Bankruptcy Judge