UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DUKE AND KING
    ACQUISITION CORP,
        Debtors.
Includes:
Duke and King Missouri, LLC
Duke and King Missouri Holdings, Inc.
Duke and King Real Estate, LLC
Duke and King Florida Holdings, Inc.

**JOINTLY ADMINISTERED UNDER
CASE NO. 10-38652**

Court File No. 10-38652 (GFK)

10-38653
10-38654
10-38655
10-38656

NOTICE OF STATUS CONFERENCE

This is to advise parties that there will be a Status Conference before the court in the above entitled cases. The status conference will be held telephonically on Thursday, September 22, 2011, at 9:30 a.m.

If you wish to participate in the status conference, you must advise the court, c/o Judy Brooks, at Judy_Brooks@mnb.uscourts.gov, no later than 3:00 p.m. on Wednesday, September 21, 2011, and you must provide a phone number at which you can be reached at that time.

Dated: September 20, 2011

HABBO G. FOKKENA
United States Trustee
Region 12

By:    e/Michael R. Fadlovich
Michael R. Fadlovich
Trial Attorney  #158410
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
612/ 334-1356

## CERTIFICATE OF SERVICE

In re:

    DUKE AND KING
        ACQUISITION CORP,
        Debtors.

JOINTLY ADMINISTERED UNDER
CASE NO. 10-38652

Court File No. 10-38652 (GFK)

Includes:
Duke and King Missouri, LLC             10-38653
Duke and King Missouri Holdings, Inc.    10-38654
Duke and King Real Estate, LLC         10-38655
Duke and King Florida Holdings, Inc.     10-38656

    The undersigned hereby certifies under penalty of perjury that she is an employee in the Office of the United States Trustee for the District of Minnesota and is a person of such age and discretion as to be competent to serve papers. That on September 20, 2011, she served a copy of the attached: United States Trustee's Notice of Status Conference by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Duke & King Acquisition Corp., et al.
12281 Nicollet Ave. S
Burnsville, MN 55337


BURGER KING CORPORATION
PAUL J BATTISTA
GENOVESE JOBLOVE & BATTISTA
100 SE 2ND ST 44TH FL
BANK OF AMERICA TOWER
MIAMI FL 33131

MEADOWBROOK MEAT COMPANY INC
LARRY B RICKE
RICKE & SWEENEY PA
325 CEDAR ST STE 600
ST PAUL MN 55101


BANK OF AMERICA NA
STEPHEN M MERTZ
FAEGRE & BENSON LLP
90 S 7TH ST
2200 WELLS FARGO CTR
MINNEAPOLIS MN 55402-3901

ANNIE C WELLS
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVE
NEW YORK, NY 10178


Joseph Johnson, Esq.

Office of the General Counsel

The Coca Cola Company

P.O. Box 1754

Atlanta, GA 30301


Thomas F. Blakemore
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601-9703

CLAIMS RECOVERY GROUP LLC
92 UNION AVENUE
CRESSKILL, NJ 07626


Julie Oanh T. Nguyen
350 Santa Helena
Solana Beach, CA 92075

P&C Rental LLP.
PO Box 14366
Scottsdale, AZ 85267


RICHARD S LAUTER
FREEBORN & PETERS LLP
311 S WACKER DR
STE 3000
CHICAGO, IL 60606


William Kaye
The Coca-Cola company
31 Rose Lane
East Rockaway, NY 11518

In addition, the following have been served via the bankruptcy court's CM/ECF electronic service system.

Richard D Anderson randerson@briggs.com

Paul J Battista pbattista@gjb-law.com, mpacheco@gjb-law.com

Matthew R. Burton mburton@losgs.com, swood@losgs.com

Gordon B. Conn conn@kwgc-law.com

Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com,
    bhogan@larkinhoffman.com;bpeppersack@larkinhoffman.com;klatham@larkinhoffman.com;jreding@larkinhoffman.com

Clinton E. Cutler ccutler@fredlaw.com, jwitt@fredlaw.com

Michael F. Doty mdoty@faegre.com

Michael Fadlovich michael.fadlovich@usdoj.gov

Sarah M Gibbs sgibbs@fredlaw.com, jwitt@fredlaw.com

Steven A. Ginther mn@dor.mo.gov

Lara O. Glaesman lara.glaesman@leonard.com, ma.xiong@leonard.com

Matthew A. Gold courts@argopartners.net

John L. Greer jgreer@hughesmathews.com,
    jcurran@hughesmathews.com;sjansen@hughesmathews.com

Aaron L Hammer ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Christopher J Harayda charayda@faegre.com, jeanderson@faegre.com

Carole Clark Isakson isakson@kwgc-law.com

Dennis L Johnson johnsonlaw43@msn.com, dennis935@msn.com

James M. Jorissen jjorissen@losgs.com, vrittenbach@losgs.com

Michael J Kaczka MKACZKA@MCDONALDHOPKINS.COM

Douglas W. Kassebaum dkassebaum@fredlaw.com,
    scharter@fredlaw.com;mhanson@fredlaw.com;jchristensen@fredlaw.com

Jeffrey D. Klobucar jklobucar@foleymansfield.com

Eoin L Kreditor ekreditor@fsglawyers.com, jsandoval@fsglawyers.com

Robert T. Kugler robert.kugler@leonard.com, ma.xiong@leonard.com

Adam D. Maier adam.maier@leonard.com, callie.sanford@leonard.com,ma.xiong@leonard.com

Stephen M Mertz smertz@faegre.com

Adine S Momoh adine.momoh@leonard.com, ma.xiong@leonard.com

Wendy Morris wmorris@freebornpeters.com

Dan R Nelson dnelson@lathropgage.com

Steven C. Opheim sopheim@dudleyandsmith.com, mborries@dudleyandsmith.com

Scott N Opincar SOPINCAR@MCDONALDHOPKINS.COM, bkfilings@mcdonaldhopkins.com

Larry B. Ricke rickel@srsg.net

Shawn M Riley SRILEY@MCDONALDHOPKINS.COM

Richard C Salmen rsalmen@felhaber.com

Mark D. Stephenson marks@stephenson-sanford.com, chrish@sstmnlaw.com

Amy J Swedberg amy.swedberg@maslon.com

Deborah C Swenson debs@lommen.com, swensonlaw@yahoo.com

Robert A Trodella rtrodella@jonesday.com

Lee J Viorel lviorel@lowtherjohnson.com

Vogel Law Firm Ltd Vogel mwv@vogellawfirm.net

Wendy S Walker WWALKER@MORGANLEWIS.COM

Annie C Wells awells@morganlewis.com

**By:**   **e**/Lilia Serna de Coronado
Lilia Serna de Coronado
U.S. Trustee's Office
300 South Fourth St., #1015
Minneapolis, MN  55415
(612)334-1356