**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

*************************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 10-38652** |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

*************************************************************************

**REPORT OF BALLOT TABULATION**

*************************************************************************

A total of fifty-four (54) ballots were filed with the Clerk of Bankruptcy Court. Those ballots are summarized below.

**Tabulation of Ballots**

| | | **Votes** | **Claim Amounts** |
|---|---|---|---|
| **Class 3** | Accepting # | 44 | $3,093,170.92 |
| *General Unsecured Claims* | Rejecting # | 0 | $0.00 |
| | Percent Accepting | 100% | 100% |
| | Percent Rejecting | 0% | 0% |

Uncounted Votes: *The following parties submitted a ballot accepting the Plan but did not have an allowed claim and were not entitled to vote:*

Fairmont Area Chamber of Commerce
City of Delray Beach
Quad City Flooring LLC
Larry Richardson
Austin Utilities
Terry Bast
Mathew Stephens
Qualserv Corp

*The following parties submitted a ballot rejecting the Plan but did not have an allowed claim and were not entitled to vote:*

Ray S. Hawkins
Robert W. Claude

A copy of the Clerk's ballot summary is attached as <u>Exhibit A</u>. Ballots were counted as set out on Addendum to Report of Ballot Tabulation attached as <u>Exhibit B</u>.

The undersigned counsel certify under penalty of perjury that (1) they have examined the ballots in this case and that the report above is an accurate summary of those ballots to the best of their knowledge, information, and belief and (2) they consent to the filing of this Report of Ballot Tabulation with their electronic signatures.

September 23, 2011

| FREDRIKSON & BYRON, P.A. | FREEBORN & PETERS LLP |
|---|---|
| /e/ *Douglas W. Kassebaum* | /e/ *Aaron L. Hammer* |
| Clinton E. Cutler (#158094) | Aaron L. Hammer, Esq. |
| Douglas W. Kassebaum (#386802) | Richard S. Lauter, Esq. |
| 200 South Sixth Street, Suite 4000 | 311 South Wacker Drive, Ste. 3000 |
| Minneapolis, MN 55402 | Chicago, Illinois 60606-6677 |
| Phone (612) 492-7000 | Telephone: (312) 360-6000 |
| Fax (612) 492-7077 | Facsimile: (312) 360-6995 |
| ccutler@fredlaw.com | ahammer@freebornpeters.com |
| dkassebaum@fredlaw.com | rlatuer@freebornpeters.com |
| – and – | – and – |
| McDONALD HOPKINS LLC | MASLON EDELMAN BORMAN & BRAND, LLP |
| Shawn M. Riley (OH 0037235) | |
| Scott N. Opincar (OH 0064027 | Amy J. Swedberg, Esq. |
| Michael J. Kaczka (OH 0076548) | 330 Wells Fargo Center |
| 600 Superior Avenue, East, Suite 2100 | 90 South Seventh Street |
| Cleveland, OH 44114-2653 | Minneapolis, Minnesota 55402-4140 |
| Phone (216) 348-5400 | Telephone: (612) 672-8200 |
| Fax (216) 348-5474 | Facsimile: (612) 672-8397 |
| sriley@mcdonaldhopkins.com | amy.swedberg@maslon.com |
| sopincar@mcdonaldhopkins.com | |
| mkaczka@mcdonaldhopkins.com | |
| CO-COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION | ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

## **EXHIBIT A**

Case 10-38652    Doc 450    Filed 09/23/11    Entered 09/23/11 10:00:25    Desc Main
            Document      Page 3 of 12

4993185_1

| Case Number: | 10-38652 | Case Title: | Duke and King Acquisition Corp | Chapter: | 11 |

## Chapter 11 Ballot Register

| Ballot No. | Date | Party | Class | Amount | Accept/Reject | Document |
|---|---|---|---|---|---|---|
| 1 | 08/31/2011 | FINKEN INC | 3 | 206.0 | ACCEPT | PDF |
| 2 | 08/31/2011 | LA ROCHE'S INC | 3 | 170.0 | ACCEPT | PDF |
| 3 | 08/31/2011 | FAIRMONT AREA CHAMBER OF COMMERCE | 3 | 105.0 | ACCEPT | PDF |
| 4 | 08/31/2011 | BRUCE NELSON PLUMBING AND HEATING SVC INC | 3 | 1294.85 | ACCEPT | PDF |
| 5 | 08/31/2011 | WOOD FAMILY LIMITED PARTNERSHIP | 3 | 3100.0 | ACCEPT | PDF |
| 6 | 09/01/2011 | BILL CHAFF | 3 | 17250.0 | ACCEPT | PDF |
| 7 | 09/01/2011 | BPS PRODUCTS INC | 3 | 149.43 | ACCEPT | PDF |
| 8 | 09/01/2011 | JOSEPH PHRAVER | 3 | 110000.0 | ACCEPT | PDF |
| 9 | 09/02/2011 | WALTER WHITED | 3 | 34500.0 | ACCEPT | PDF |
| 10 | 09/02/2011 | CENTRAL LAKES RESTAURANT SUPPLY | 3 | 350.0 | ACCEPT | PDF |
| 11 | 09/02/2011 | SERRAMONTE WESTBOROUGH ASSOCIATES | 3 | 21240.0 | ACCEPT | PDF |
| 12 | 09/06/2011 | PROTECTION ONE | 3 | 1399.22 | ACCEPT | PDF |
| 13 | 09/06/2011 | CITY OF DELRAY BEACH | 3 | 320.05 | ACCEPT | PDF |
| 14 | 09/06/2011 | ENVIROMATIC CORP | 3 | 37437.7 | ACCEPT | PDF |
| 15 | 09/06/2011 | QUAD CITY FLOORING LLC | 3 | 600.0 | ACCEPT | PDF |
| 16 | 09/06/2011 | INTERSTATE DISTRIBUTORS INC | 3 | 1072.0 | ACCEPT | PDF |
| 17 | 09/06/2011 | LEES REFRIGERATION | 3 | 82.47 | ACCEPT | PDF |
| 18 | 09/06/2011 | MOBK LLC | 3 | 9803.45 | ACCEPT | PDF |
| 19 | 09/07/2011 | CHAMPION CUTTING & SNOW CARE | 3 | 830.22 | ACCEPT | PDF |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 09/07/2011 | LESLIE BRYANT | 3 | 13250.0 | ACCEPT | PDF |
| 21 | 09/08/2011 | T J GOODWIN | 3 | 58.26 | ACCEPT | PDF |
| 22 | 09/09/2011 | UNIVERSITY PARK DEVELOPMENT LLC | 3 | 5690.97 | ACCEPT | PDF |
| 23 | 09/09/2011 | JOSEPH E JURNECKA, TRUSTEE | 3 | 223815.75 | ACCEPT | PDF |
| 24 | 09/09/2011 | LARRY RICHARDSON | 3 | 0.0 | ACCEPT | PDF |
| 25 | 09/12/2011 | DMI MANUFACTURING INC | 3 | 3201.65 | ACCEPT | PDF |
| 26 | 09/12/2011 | RAY S HAWKINS | 3 | 5000000.0 | REJECT | PDF |
| 27 | 09/12/2011 | TRIPLE H PROPERTIES | 3 | 53012.87 | ACCEPT | PDF |
| 28 | 09/12/2011 | MARKS REDDI ROOTER | 3 | 1258.25 | ACCEPT | PDF |
| 29 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 4547.23 | ACCEPT | PDF |
| 30 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 4758.59 | ACCEPT | PDF |
| 31 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 7710.0 | ACCEPT | PDF |
| 32 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 6458.92 | ACCEPT | PDF |
| 33 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 4410.0 | ACCEPT | PDF |
| 34 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 3142.27 | ACCEPT | PDF |
| 35 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 1250.92 | ACCEPT | PDF |
| 36 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 4089.04 | ACCEPT | PDF |
| 37 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 14907.0 | ACCEPT | PDF |
| 38 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 36547.44 | ACCEPT | PDF |
| 39 | 09/12/2011 | DOKE PROPANE INC | 3 | 1460.09 | ACCEPT | PDF |
| 40 | 09/12/2011 | CLAIMS RECOVERY GROUP LLC | 3 | 1868.51 | ACCEPT | PDF |
| 41 | 09/12/2011 | DMI MANUFACTURING INC | 3 | 1785.5 | ACCEPT | PDF |
| 42 | 09/13/2011 | AUSTIN UTILITIES | 3 | 8.53 | ACCEPT | PDF |

| 43 | 09/13/2011 | CRESS REFRIGERATION INC | 3 | 2443.07 | ACCEPT | PDF |
|---|---|---|---|---|---|---|
| 44 | 09/14/2011 | QUINTINA BROWN | 3 | 25000.0 | ACCEPT | PDF |
| 45 | 09/15/2011 | TERRY BAST | 3 | 4340.0 | ACCEPT | PDF |
| 46 | 09/15/2011 | BRYAN ANDERSON | 3 | 40575.0 | ACCEPT | PDF |
| 47 | 09/16/2011 | PEGGY CHANG | 3 | 1847971.4 | ACCEPT | PDF |
| 48 | 09/16/2011 | JC ANDREWS LANDSCAPING | 3 | 36000.0 | ACCEPT | PDF |
| 49 | 09/19/2011 | SUNFLOWER SQUARE SHOPPING CENTER LLC | 3 | 712550.48 | ACCEPT | PDF |
| 50 | 09/19/2011 | MATHEW STEPHENS | 3 | 57.46 | ACCEPT | PDF |
| 51 | 09/20/2011 | LEGACY ENTERPRISES INC | 3 | 204861.82 | ACCEPT | PDF |
| 52 | 09/20/2011 | LEGACY ENTERPRISES INC | 3 | 180201.05 | ACCEPT | PDF |
| 53 | 09/20/2011 | QUALSERV CORP | 3 | 991.27 | ACCEPT | PDF |
| 54 | 09/21/2011 | ROBERT W CLAUDE | 3 | 21477.86 | REJECT | PDF |

## **EXHIBIT B**

4993185_1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**************************************************************************

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER**<br>**CASE NO. 10-38652** |
| **DUKE AND KING ACQUISITION CORP.,** | Court File No. 10-38652 |
| Debtors. | Court File Nos: |
| (includes:<br>Duke and King Missouri, LLC;<br>Duke and King Missouri Holdings, Inc.;<br>Duke and King Real Estate, LLC;<br>DK Florida Holdings, Inc.) | 10-38653 (GFK)<br>10-38654 (GFK)<br>10-38655 (GFK)<br>10-38656 (GFK) |
| | Chapter 11 Cases<br>Chief Judge Gregory F. Kishel |

**************************************************************************

**ADDENDUM TO REPORT OF BALLOT TABULATION**

**************************************************************************

Counsel for the above-mentioned debtors and debtors-in-possession (the "Debtors") and for the Official Committee of Unsecured Creditors (the "Committee") have determined whether ballots should be counted and the appropriate dollar amount of each ballot according to the following rules:

Rule #1:  <u>Vote amounts must correspond to allowed claim amounts</u>.  As a general principle, counsel agree that ballots do not function as proofs of claim or otherwise modify claims.  Because holders of claims are entitled to vote the amount of their allowed claims as of the time of voting, the ballot tabulation ignores the amount provided by the voter on the ballot and substitutes the current allowed amount of the claim.  *In re Lisanti Foods, Inc*., 329 B.R. 491, 505 (Bankr. D. N.J. 2005) ("[I]t was appropriate for the Trustee to tabulate votes and dollar amounts according to each creditor's allowed claim as opposed to the amount on the ballot.")

4993185_1

With respect to the 44 ballots that were counted, no claims objections were filed and the current allowed amounts of claims are those indicated on the voters' proof of claim forms or the Debtors' schedules, if the voter did not file a proof of claim. In adjusting the amounts voted by the ballot, the dollar amount of claims accepting the plan is reduced by $588,539.62. (The face amounts of the accepting ballots total $3,681,710.54 and the total amount counted on the ballot report is $3,093,170.92.)

Rule #2: <u>A ballot must be supported by an allowed claim</u>. The Bankruptcy Code provides that "the holder of a claim or interest allowed under section 502 of this title may accept or reject a plan." 11 U.S.C. § 1126(a). A claim or interest is deemed allowed for voting purposes if scheduled or filed on a proof of claim and without objection. In this case, all creditors whose votes were counted had filed proofs of claim and the amounts claimed constitute currently allowed claims. 11 U.S.C. § 502(a). Nine parties submitted ballots that were not supported by either a claim listed the Debtors' schedules or a filed proof of claim form, therefore they were not counted. One party cast a ballot on account of a claim to which the Committee subsequently objected. That claim is no longer an allowed claim.

Applying these two rules, the individual ballots have been tabulated as follows:

**Forty-Four ballots were counted**:

| Ballot No. | | Party | Ballot Amount | Debtors' Schedules | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|---|
| 1 | ACCEPT | FINKEN INC | 206.00 | 206.00 | 206.00 | 206.00 |
| 2 | ACCEPT | LA ROCHE'S INC | 170.00 | 170.00 | None | 170.00 |
| 4 | ACCEPT | BRUCE NELSON PLUMBING AND HEATING SVC INC | 1,294.85 | None | 1,294.85 | 1,294.85 |
| 5 | ACCEPT | WOOD FAMILY LIMITED P'SHIP | 3,100.00 | 3,100.00 | None | 3,100.00 |
| 6 | ACCEPT | BILL CHAFF | 17,250.00 | 17,250.00 | None | 17,250.00 |
| 7 | ACCEPT | BPS PRODUCTS INC | 149.43 | 49.95 | 149.43 | 149.43 |
| 8 | ACCEPT | JOSEPH PHRAVER (Phraner) | 110,000.00 | 112,500.00 | None | 112,500.00 |
| 9 | ACCEPT | WALTER WHITED | 34,500.00 | 34,500.00 | None | 34,500.00 |
| 10 | ACCEPT | CENTRAL LAKES RESTAURANT SUPPLY | 350.00 | None | 414.66 | 414.66 |

| Ballot No. | | Party | Ballot Amount | Debtors' Schedules | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|---|
| 11 | ACCEPT | SERRAMONTE WESTBOROUGH ASSOCIATES | 21,240.00 | None | 21,240.00 | 21,240.00 |
| 12 | ACCEPT | PROTECTION ONE | 1,399.22 | None | 1,399.22 | 1,399.22 |
| 14 | ACCEPT | ENVIROMATIC CORP | 37,437.70 | 29,729.16 | 37,437.70 | 37,437.70 |
| 16 | ACCEPT | INTERSTATE DISTRIBUTORS INC | 1,072.00 | None | 1,082.00 | 1,082.00 |
| 17 | ACCEPT | LEES REFRIGERATION | 82.47 | None | 82.47 | 82.47 |
| 18 | ACCEPT | MOBK LLC | 9,803.45 | 9,803.45 | 9,803.45 | 9,803.45 |
| 19 | ACCEPT | CHAMPION CUTTING & SNOW CARE | 830.22 | 551.69 | 830.22 | 830.22 |
| 20 | ACCEPT | LESLIE BRYANT | 13,250.00 | 13,520.00 | 13,250.00 | 13,250.00 |
| 21 | ACCEPT | T J GOODWIN | 58.26 | None | 58.26 | 58.26 |
| 22 | ACCEPT | UNIVERSITY PARK DEVELOPMENT LLC | 5,690.97 | None | 5,690.97 | 5,690.97 |
| 23 | ACCEPT | JOSEPH E JURNECKA, TRUSTEE | 223,815.75 | 5,075.00 | 5,075.00 | 5,075.00 |
| 25 | ACCEPT | DMI MANUFACTURING INC | 3,201.65 | 10,079.47 | 6,861.38 | 6,861.38 |
| 27 | ACCEPT | TRIPLE H PROPERTIES | 53,012.87 | None | 51,228.03 | 51,228.03 |
| 28 | ACCEPT | MARKS REDDI ROOTER | 1,258.25 | 855.00 | None | 855.00 |
| 29 | ACCEPT | CLAIMS RECOVERY GROUP LLC Larson Heating dba Steensland Inc. | 4,547.23 | None | 4,547.23 | 4,547.23 |
| 30 | ACCEPT | CLAIMS RECOVERY GROUP LLC Marmic Fire & Safety | 4,758.59 | 4,497.03 | 4,758.59 | 4,758.59 |
| 31 | ACCEPT | CLAIMS RECOVERY GROUP LLC Michael Best & Friedrich | 7,710.00 | None | 7,710.00 | 7,710.00 |
| 32 | ACCEPT | CLAIMS RECOVERY GROUP LLC Northern Mechanical Inc. | 6,458.92 | 6,458.92 | None | 6,458.92 |
| 33 | ACCEPT | CLAIMS RECOVERY GROUP LLC Rieff Schramm & Kanter | 4,410.00 | 4,410.00 | 4,410.00 | 4,410.00 |
| 34 | ACCEPT | CLAIMS RECOVERY GROUP LLC Service All Stove & Range Inc. | 3,142.27 | 3,142.27 | None | 3,142.27 |
| 35 | ACCEPT | CLAIMS RECOVERY GROUP LLC Connelly Plumbing Co. | 1,250.92 | 1,250.92 | 1,665.00 | 1,665.00 |
| 36 | ACCEPT | CLAIMS RECOVERY GROUP LLC Cypress Commercial Inc. | 4,089.04 | 3,577.11 | 4,089.04 | 4,089.04 |
| 37 | ACCEPT | CLAIMS RECOVERY GROUP LLC Expense Reduction Analysts | 14,907.00 | 14907.0 | 14,907.00 | 14,907.00 |
| 38 | ACCEPT | CLAIMS RECOVERY GROUP LLC Gilbert Mechanical Contractors Inc. | 36,547.44 | 38,624.96 | 36,547.44 | 36,547.44 |
| 39 | ACCEPT | DOKE PROPANE INC | 1,460.09 | 1,460.09 | None | 1,460.09 |
| 40 | ACCEPT | CLAIMS RECOVERY GROUP LLC Joplin Fire Protection Co. | 1,868.51 | 1868.51 | 1,868.51 | 1,868.51 |
| 41 | ACCEPT | DMI MANUFACTURING INC | 1,785.50 | None | 1,785.50 | 1,785.50 |
| 43 | ACCEPT | CRESS REFRIGERATION INC | 2,443.07 | None | 2,443.07 | 2,443.07 |
| 44 | ACCEPT | QUINTINA BROWN | 25,000.00 | None | 25,000.00 | 25,000.00 |
| 46 | ACCEPT | BRYAN ANDERSON | 40,575.00 | 40,575.00 | None | 40,575.00 |
| 47 | ACCEPT | PEGGY CHANG | 1,847,971.00 | None | 1,847,971.40 | 1,847,971.40 |
| 48 | ACCEPT | JC ANDREWS LANDSCAPING | 36,000.00 | None | 36,000.00 | 36,000.00 |

| Ballot No. | | Party | Ballot Amount | Debtors' Schedules | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|---|
| 49 | ACCEPT | SUNFLOWER SQUARE SHOPPING CENTER LLC | 712,550.00 | None | 347,891.54 | 347,891.54 |
| 51 | ACCEPT | LEGACY ENTERPRISES INC | 204,861.82 | None | 204,861.82 | 204,861.82 |
| 52 | ACCEPT | LEGACY ENTERPRISES INC | 180,201.05 | 21,677.60 | 180,201.05 | 180,201.05 |
| | | Total | 3,681,710.54 | | Total | 3,093,170.92 |
| | | | | | Votes | 44 |

**Nine ballots were not counted because they were not supported by allowed claims**:

| Ballot No. | | Party | Vote Amount | Debtors' Schedules | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|---|
| 3 | ACCEPT | FAIRMONT AREA CHAMBER OF COMMERCE | 105.00 | None | None | 0.00 |
| 13 | ACCEPT | CITY OF DELRAY BEACH | 320.05 | None | None | 0.00 |
| 15 | ACCEPT | QUAD CITY FLOORING LLC | 600.00 | None | None | 0.00 |
| 24 | ACCEPT | LARRY RICHARDSON | 0.00 | None | None | 0.00 |
| 42 | ACCEPT | AUSTIN UTILITIES | 8.53 | None | None | 0.00 |
| 45 | ACCEPT | TERRY BAST | 4,340.00 | None | None | 0.00 |
| 50 | ACCEPT | MATHEW STEPHENS | 57.46 | None | None | 0.00 |
| 53 | ACCEPT | QUALSERV CORP | 991.27 | None | None | 0.00 |
| 54 | REJECT | ROBERT W. CLAUDE | 21,477.86 | None | None | 0.00 |

**One ballot was not counted because it is subject to a claim objection by the Committee**:

| Ballot No. | | Party | Vote Amount | Debtors' Schedules | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|---|
| 26 | REJECT | RAY S HAWKINS | 5,000,000.00 | None | 100,000.00 | 0.00 |

September 23, 2011

FREDRIKSON & BYRON, P.A.

/e/ Douglas W. Kassebaum
Clinton E. Cutler (#158094)
Douglas W. Kassebaum (#386802)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
ccutler@fredlaw.com
dkassebaum@fredlaw.com

– and –

FREEBORN & PETERS LLP

/e/ Aaron L. Hammer
Aaron L. Hammer, Esq.
Richard S. Lauter, Esq.
311 South Wacker Drive, Ste. 3000
Chicago, Illinois 60606-6677
Telephone: (312) 360-6000
Facsimile: (312) 360-6995
ahammer@freebornpeters.com
rlatuer@freebornpeters.com

– and –

4993185_1                4

| | |
|---|---|
| McDONALD HOPKINS LLC | MASLON EDELMAN BORMAN & BRAND, LLP |
| Shawn M. Riley (OH 0037235)<br>Scott N. Opincar (OH 0064027<br>Michael J. Kaczka (OH 0076548)<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, OH 44114-2653<br>Phone (216) 348-5400<br>Fax (216) 348-5474<br>sriley@mcdonaldhopkins.com<br>sopincar@mcdonaldhopkins.com<br>mkaczka@mcdonaldhopkins.com | Amy J. Swedberg, Esq.<br>330 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-4140<br>Telephone:  (612) 672-8200<br>Facsimile:  (612) 672-8397<br>amy.swedberg@maslon.com |
| CO-COUNSEL FOR DEBTORS<br>AND DEBTORS IN POSSESSION | ATTORNEYS FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS |