## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

*********************************************************************

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER CASE NO. 10-38652 |
| DUKE AND KING ACQUISITION CORP., | Court File No. 10-38652 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Duke and King Missouri, LLC; | 10-38653 (GFK) |
| Duke and King Missouri Holdings, Inc.; | 10-38654 (GFK) |
| Duke and King Real Estate, LLC; | 10-38655 (GFK) |
| DK Florida Holdings, Inc.) | 10-38656 (GFK) |
| | Chapter 11 Cases |
| | Chief Judge Gregory F. Kishel |

*********************************************************************

### ORDER GRANTING EXPEDITED HEARING AND DEEMING ACCEPTANCE OF THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED SEPTEMBER 23, 2011

*********************************************************************

This case came before the court on expedited motion seeking deemed acceptance of the Third Amended Joint Chapter 11 Plan of Liquidation of the Debtors and Official Committee of Unsecured Creditors dated September 23, 2011 (the "Third Amended Plan").  Based on all the files, records, and proceedings herein, the Court being advised in the premises:

IT IS ORDERED:

1. The debtors' motion for expedited relief is granted.

2. Those holders of claims who voted to accept the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and Official Committee of Unsecured Creditors dated August 8, 2011, are deemed to have accepted the Third Amended Plan.

Dated: September 27, 2011.

*/e/ Gregory F. Kishel*
_____
Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/27/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk