**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Duke and King Acquisition Corp

Case No: 10–38652

Debtor(s)

Chapter 11 Case

**WITNESS AND EXHIBIT RECORD**

**Date of Hearing:**

9/26/11

**Name of Witness:**

Becky Moldenhauer and William Kaye

**Exhibits Received:**


**Additional Exhibits Received:**


Dated: 9/28/11

                                            By: Kristin
                                            Deputy Clerk

**mnbwexrc** 7/15/2007 – pb